| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF LAKE | ) | SITTING AT _____, INDIANA |

MGK DELTA RESTAURANT, INC., )
                 )
       Plaintiff, )
                 )
v. )       Cause No. 45D04·1809·Pl.324
                 )
SPECIALTY RISK OF AMERICA, LLC, )
                 )
       Defendant. )

**Filed in Clerk's Office**

**AUG 28 2018**

*Michael A. Brown*
CLERK LAKE CIRCUIT COURT

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Plaintiff, MGK DELTA RESTAURANT, INC. ("MGK"), by counsel, brings its causes of action against Defendant, SPECIALTY RISK OF AMERICA, LLC ("SPRISKA"), stating as follows:

### The Parties

1.    MGK is a corporation organized under the laws of the State of Indiana with its principal place of business in Merrillville, Indiana, in Lake County.

2.    SPRISKA is a limited liability company organized under the laws of the State of Illinois with its principal place of business in Springfield, Illinois, in Sangamon County.

### Jurisdiction and Venue

3.    This Court has jurisdiction of this matter under I.C. 33-28-1-2 or 33-29-1.5-2.

4.    Venue in this court is proper under Ind. T.R. 75(A)(10), as the only defendant is a non-resident organization without a principal place of business in Indiana.

### Background

3.    At all relevant times until December 2016, MGK operated a restaurant located at 7600 Broadway in Merrillville, Indiana, in Lake County ("the Restaurant").

1

4.      At all relevant times, SPRISKA was regularly engaged in the business of providing insurance coverage for businesses.

5.      For the policy period from August 22, 2016 to August 22, 2017, MGK was insured under Commercial Property Policy No. 10-2013-5225 issued by SPRISKA ("the Policy"). A true and accurate copy of the Policy is attached as an Exhibit to this Complaint.

6.      The Policy provided coverage as follows:

> **We** provide the coverages shown below during the **restoration period** when **your business** is necessarily interrupted by direct physical loss to real or personal property as a result of a covered peril. This coverage applies only when the loss to real or personal property is at the described premises or in the open (or in vehicles) within 100 feet thereof.

(Exh., p. 39.)

7.      The Policy defines "business" as "normal business activities occurring at the described premises including the tenantability of the described premises when the selected coverage option includes **rents**" and "restoration period" as "the time it should reasonably take to resume **your business** starting from the date of loss to the described premises caused by a covered peril, and ending on the date the property should be rebuilt, repaired, or replaced." (Exh., p. 39.)

8.      The Policy further provided coverage as follows:

> The following coverage is added to **Supplemental Coverages**:
>
> **4. Water Back Up of Sewers or Drains**
>
> We cover direct physi8cal damage caused by water:
>
> 1) Which backs up through sewers or drains; or
> 2) Which enter into and overflows from within a sump pump, sump pump well or other type of system designed to remove subsurface water which is drained from the foundation area.

2

This coverage does not apply if the loss is caused in whole or part by your negligence.

(Exh., p. 49.)

9.     "We" and its related forms as used in the Policy mean SPRISKA, and "You" and its related forms as used in the Policy mean MGK. (Exh., p. 7.)

10.   On December 14, 2016, a sewer pipe malfunctioned, causing raw sewage to back up into the Restaurant, rendering it unfit for MGK to continue its business operations there.

11.   The sewer pipe malfunction did not result from any negligence by MGK.

12.   Because of subsequent complications relating to the pipe break, MGK was unable to continue operating the Restaurant, and agreed to vacate its premises on December 20, 2016.

13.   In early 2017, MGK filed Claim No. 2017-000000507 with SPRISKA, claiming coverage under the Policy for the loss occurring on December 14, 2016.

14.   In adjusting, processing, and handling MGK's claim, SPRISKA:

   a)  Failed to conduct a reasonable investigation of the facts surrounding MGK's loss;

   b)  Failed to conduct a reasonable inquiry into MGK's coverage;

   c)  Failed to adhere to well-established insurance industry standards;

   d)  Failed to adjust MGK's claims in a timely and diligent manner; and

   d)  Failed to provide coverage that the Policy should have afforded.

15.   In adjusting, processing, and determining coverage for MGK's claim, SPRISKA's conduct was geared exclusively towards its own financial benefit at the expense of MGK, which SPRISKA exposed to losses against which its Policy was supposed to insure.

16.   On December 28, 2017, SPRISKA denied coverage for MGK's claim under the Policy.

17.   As a result of SPRISKA's above-described conduct in adjusting MGK's claims, MGK was unable to reopen for its business operations for an extended period of time.

## Count I: Bad Faith

18.   MGK incorporates Paragraphs 1 through 17 of its Complaint, above, as though fully restated here.

19.   As MGK's insurer, SPRISKA at all times owed MGK a duty of good faith in the processing, adjustment, handling, and payment of MGK's claim.

20.   In undertaking its course of action described above, SPRISKA breached its duty of good faith to MGK.

21.   As a proximate result of SPRISKA's breach, MGK incurred damages, including incidental and consequential damages.

WHEREFORE, MGK, by counsel, prays for judgment in its favor and against SPRISKA, for an award of damages sufficient to assuage its losses, for recovery of costs, interest, and other expenses as allowed by law, and for all other appropriate relief.

## Count II: Breach of Contract

22.   MGK incorporates Paragraphs 1 through 21 of its Complaint, above, as though fully restated here.

23.   The Policy constitutes a valid, enforceable agreement between MGK and SPRISKA.

24.   In undertaking its course of action described above, SPRISKA breached its duties to MGK under the Policy.

25.   As a direct result of SPRISKA's breach, MGK incurred damages, including incidental and consequential damages.

26.   MGK has fully complied with its obligations under the Policy, and all conditions precedent to enforcement of the Policy terms have been fulfilled.

WHEREFORE, MGK, by counsel, prays for judgment in its favor and against SPRISKA, for an award of damages sufficient to assuage its losses, for recovery of costs, interest, and other expenses as allowed by law, and for all other appropriate relief.

**Count III: Negligence**

27.   MGK incorporates Paragraphs 1 through 26 of its Complaint, above, as though fully restated here.

28.   As MGK's insurer, SPRISKA at all times owed MGK a duty of reasonable care in the processing, adjustment, and payment of MGK's claim.

29.   In undertaking its course of action described above, SPRISKA breached its duty to MGK.

30.   As a direct result of SPRISKA's breach, MGK incurred damages, including incidental and consequential damages.

WHEREFORE, MGK, by counsel, prays for judgment in its favor and against SPRISKA, for an award of damages sufficient to assuage its losses, for recovery of costs, interest, and other expenses as allowed by law, and for all other appropriate relief.

Respectfully submitted,

Adam J. Sedia (#28775-45)

HOEPPNER WAGNER & EVANS LLP
8585 Broadway, Suite 790
Merrillville, IN 46410
Ph: 219-769-6552
Fx: 219-738-2349
Email: asedia@hwelaw.com

5

## JURY DEMAND

MGK, by counsel, respectfully demands trial by jury under Ind. T.R. 38(B).

Respectfully submitted,

_____
Adam J. Sedia (#28775-45)

HOEPPNER WAGNER & EVANS LLP
8585 Broadway, Suite 790
Merrillville, IN  46410
Ph:  219-769-6552
Fx:  219-738-2349
Email: asedia@hwelaw.com

**EXHIBIT**

SPRISKA

401 Fayette Ave
Springfield, IL 62704
1-800-252-2907
www.spriska.com

May 12, 2017

I HEREBY CERTIFY TO THE BEST OF MY KNOWLEDGE THE ATTACHED IS A TRUE AND COMPLETE COPY OF COMMERCIAL PROPERTY POLICY NO. 10-2013-5225 AS ISSUED BY SPECIALTY RISK OF AMERICA ON BEHALF OF MGK INC. DBA DELTA RESTAURANT FOR THE POLICY TERM OF AUGUST 22, 2016 TO AUGUST 22, 2017.

Anita M. Riley, CPCU
Director of Operations

State of ____Illinois_____

County of __Sangamon_____

Subscribed and sworn before me this __12th__ day of _____May_____, 20_17_ .

AMANDA L HIBBS
Official Seal
Notary Public - State of Illinois
My Commission Expires Jun 28. 2020

_____Notary Public



SPRISKA
SPECIALTY RISK OF AMERICA

*Renewal*

401 Fayette Ave
Springfield, IL 62704
1-800-252-2907
www.spriska.com

**Policy ID: 10-2013-5225**
A Stock Insurance Company

## DECLARATION, *Commercial Property - Indiana*

| Mail To: | Named Insured(s): | Agency: |
|---|---|---|
| MGK Inc. | MGK Inc. | Preferred Insurance Group Inc |
| dba Delta Restaurant | dba Delta Restaurant | PO Box 131 |
| 7600 Broadway | | Remington, IN 47977 |
| Merrillville, IN 46410 | | Work: (219) 208-3018 |
| | | Fax: (219) 208-3064 |

| Policy Term Effective Date: | Policy Term Expiration Date: |
|---|---|
| 08/22/2016, 12:01AM *Standard Time* | 08/22/2017, 12:01AM *Standard Time* |

The current Declaration replaces all previously issued policy Declarations, if any. The policy effective date and expiration date stated above constitutes the policy period.

This policy applies only to those coverages indicated below for the limit of coverage as shown and for which a premium has been charged. The limit for each coverage shall not be more than the amount stated for such coverage, subject to all the terms and conditions of this policy.

**In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. All fees are fully earned and will not be returned if this policy is cancelled.**

**This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.**

**\*\*\* Contained in the limit field indicates either limits do not apply or is included in another coverage limit.**

Location #1 Building #1 - 7600 Broadway - Merrillville IN 46410 - Lake County                          Property: 1 of 1

| Coverages | COVERAGE LIMIT | PREMIUM |
|---|---|---|
| Business Personal Property Coverage | $300,000 | $446.00 |
| Business Income Coverage | $235,000 | $326.00 |
| **Additional Coverages** | COVERAGE LIMIT | PREMIUM |
| Property Enhancement Endorsement | \*\*\* | $200.00 |
| **Policy Wide** | COVERAGE LIMIT | PREMIUM |
| Federal Terrorism Risk Insurance Act Coverage | \*\*\* | Incl. |
| Commercial Package Credit | \*\*\* | -$39.00 |
| Equipment Breakdown | \*\*\* | $107.00 |

| SIGNATURE | DATE |
|---|---|
| ✗ *William D. Kelso* | 08/11/2016 |

2

| Policy Wide | COVERAGE LIMIT | PREMIUM |
|---|---|---|
| Loss Control Inspection Fee | * * * | $50.00 |
| Policy Fee | * * * | $35.00 |

|  |  |
|---|---|
| Coverage Premium: | $1,040.00 |
| Fees: | $85.00 |
| Total: | $1,125.00 |

### RATING INFORMATION:

**Business Personal Property - Rating Data: *Location #1 Building #1***

Deductible: $1,000.00
Specific (t) rate - CARRIER USE ONLY:
County: *Lake - All remaining cities (010)*
Building Classification: *Restaurants and Taverns with cooking - 11700*
Perils Covered: *Special - Form CP85*
Construction Type: *Masonry Non-combustible*
Coinsurance: *80 Percent*
Prop Replacement: *Replacement Cost*
Ext Cvg-Windstorm or Hail Deductible: *1,000.00*
Vandalism Excluded: *No*

**Business Income - Rating Data: *Location #1 Building #1***

Specific (t) rate - CARRIER USE ONLY:
County: *Lake - All remaining cities (010)*
Building Classification: *Restaurants and Taverns with cooking - 11700*
Perils Covered: *Special - Form CP85*
Coverage Options and Form: *Earnings and extra expense (Form CP70)*
Construction Type: *Masonry Non-combustible*
Payment Option: *Monthly Limitation - 1/3*
Occupancy Type: *Mercantile or Non-manufacturing*

**Legal Entity**

Type: *Corporation or organization not including a partnership or joint venture or limited liability company*

**Commercial Package Credit**

Classification for Credit: *Mercantile*

**Protective Devices**

Prem. No.: *1*
Bldg No.: *1*
Protective Device or Service: ***Automatic Sprinkler System** or any automatic fire protective or extinguishing system, including connected sprinklers and discharge nozzles; ducts, pipes, valves and fittings; tank, their component parts and supports; and pumps and private fire protection mains.*

**Policy Subject to the Following Forms and Endorsements:** CP-1 1.0 TABLE OF CONTENTS, CL-100 1.0 COMMON POLICY CONDITIONS, CP-100 1.0 COMMERCIAL PROPERTY COVERAGE CONDITIONS, CL 0188 03 99 Amendatory Endorsement - Indiana, CL-300 1.0 AMENDATORY ENDORSEMENT, CL 0700 10 06 Virus Or Bacteria Exclusion, CP 0171 10 08 EXCLUSION -- WATER DAMAGE, CL-298 1.0 Amendatory Endorsement - Indiana, CP 0643 01 08 EXCLUSION -- WAR AND MILITARY ACTION , CL 1045 01 15 Certified Terrorism Loss, CL 0605 01 15 Certified Terrorism Loss Disclosure of Premium and Federal Share of Insured Losses, CL 0600 01 15 Certified Terrorism Loss, SPR EB 06 012 Equipment Breakdown, CP-614 1.0 PROTECTIVE DEVICES, SPR 101 12 12 Policyholder Notice of Consumer Complaints, CP-12 1.0 BUILDING AND PERSONAL PROPERTY COVERAGE PART, CP-85 1.0 SPECIAL PERILS PART, CP-70 1.0 INCOME COVERAGE PART, SPR PE 06 12 Property Enhancement Endorsement

AAIS

-- THIS IS A LEGAL CONTRACT --
PLEASE READ IT CAREFULLY

CP-1
Ed 1.0

# TABLE OF CONTENTS

The following Table of Contents shows how the Commercial Property Coverage is organized. It will help **you** locate particular sections of the policy.

Endorsements may also apply. They are identified on the **declarations**.

**Declarations Pages**
(Additional information may be shown on a separate schedule or supplemental **declarations**.)

Company information
Insured information
Policy Period
Description of Premises
Coverages and Forms
Limit of Insurance
Coinsurance Percentage
Deductible
Valuation
Premium
Mortgagee
Other

**Common Policy Conditions**

Assignment
Cancellation
Change, Modification, or
   Waiver of Policy Terms
Inspections
Examination of Books
   and Records

**Commercial Property
   Coverage Conditions**

Agreement
Definitions
Conditions

**Coverage Parts**

Additional Definitions
Property Covered/Coverage
   Options/Coverage
Property Excluded and
   Limitations/Exclusions and
   Limitations
Additional Coverages
Supplemental Coverages
What Must Be Done
   In Case of Loss
Valuation
How Much We Pay
Loss Payment
Other Conditions

**Perils Parts**

Additional Definitions
Perils Covered
Perils Excluded
Additional Property Excluded
   and Limitations
Additional Coverages
How Much We Pay (CP-89)

CP-1  Ed 1.0

AAIS

Copyright MCMXCIV, American Association of Insurance Services

AAIS

CL-100
Ed 1.0

# COMMON POLICY CONDITIONS

1. **Assignment** -- This policy may not be assigned without **our** written consent.

2. **Cancellation** -- **You** may cancel this policy by returning the policy to **us** or by giving **us** written notice and stating at what future date coverage is to stop.

   **We** may cancel this policy, or one or more of its parts, by written notice sent to **you** at **your** last mailing address known to **us.** If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

   If **we** cancel this policy for nonpayment of premium, **we** will give **you** notice at least 10 days before the cancellation is effective. If **we** cancel this policy for any other reason, **we** will give **you** notice at least 30 days in advance of cancellation. The notice will state the time that the cancellation is to take effect.

   **Your** return premium, if any, will be calculated according to **our** rules. It will be refunded to **you**

with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

3. **Change, Modification, or Waiver of Policy Terms** -- A waiver or change of the **terms** of this policy must be issued by **us** in writing to be valid.

4. **Inspections** -- **We** have the right, but are not obligated, to inspect **your** property and operations at any time. This inspection may be made by **us** or may be made on **our** behalf. An inspection or its resulting advice or report does not warrant that **your** property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for **our** benefit only.

5. **Examination of Books and Records** -- **We** may examine and audit **your** books and records that relate to this policy during the policy period and within three years after the policy has expired.

AAIS

CL-100 Ed 1.0

Copyright MCMXCIV, American Association of Insurance Services

AAIS

CP-100
Ed 1.0

# COMMERCIAL PROPERTY COVERAGE CONDITIONS

## AGREEMENT

In return for **your** payment of the required premium, **we** provide the coverage described herein subject to all the **terms** of the Commercial Property Coverage. This coverage is also subject to the **declarations** and additional conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements may also apply. They are identified on the **declarations**. Certain words have special meaning. These words are shown in **"bold type"**.

## DEFINITIONS

1. The words **you** and **your** mean the persons or organizations named as the insured on the **declarations**.

2. The words **we**, **us**, and **our** mean the company providing Commercial Property Coverage.

3. **Declarations** means all pages labeled "Declarations," "Supplemental Declarations," or "Schedules," which pertain to this policy.

4. **Limit** means the amount of coverage that applies.

5. **Pollutant** means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be disposed of as well as recycled, reclaimed, or reconditioned.

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

6. **Terms** means all provisions, limitations, exclusions, conditions, and definitions that apply.

## CONDITIONS

1. **Benefit to Others** -- Insurance under the Commercial Property Coverage shall not directly or indirectly benefit anyone having custody of **your** property.

2. **Conformity With Statute** -- **Terms** of the Commercial Property Coverage, in conflict with the statutes of the state where the described premises are located, are amended to conform to such statutes.

3. **Control of Property** -- The Commercial Property Coverage is not affected by any act or neglect beyond **your** control.

4. **Death of an Individual Named Insured** -- If **you** die, **your** rights and duties under the Commercial Property Coverage pass to **your** legal representative or other person having proper temporary custody of **your** property.

5. **Liberalization** -- If **we** adopt a revision of forms during a policy period which broadens the Commercial Property Coverage without additional premium, the broadened coverage will automatically apply to this policy. This also applies if **we** adopt the revision within 60 days before or during the policy period.

6. **Misrepresentation, Concealment, or Fraud** -- The Commercial Property Coverage is void as to **you** and any other insured if, before or after a loss:

   a. **you** have or any other insured has willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) **your** interest herein;

   b. there has been fraud or false swearing by **you** or any other insured with regard to a matter that relates to this insurance or the subject thereof.

7. **Policy Period** -- **We** cover loss during the policy period shown on the **declarations**.

8. **Restoration of Limits** -- Any loss **we** pay under the Commercial Property Coverage does not reduce the **limits** applying to a later loss.

9. **Subrogation** -- If **we** pay for a loss under the Commercial Property Coverage **we** may require that **you** assign to **us** any right of recovery against others up to the amount **we** paid.

Copyright MCMXCIV, American Association of Insurance Services

You may waive **your** right to recover, in writing, before the loss takes place without voiding coverage.

**We** are not liable for a loss if, after the loss, **you** impair **our** right to recover. But, **you** may waive **your** right to recover in writing after a loss only as to the following parties:

a. someone insured under the Commercial Property Coverage;

b. **your** tenant;

c. a business firm owned or controlled by **you**; or

d. a business firm which owns or controls **your** business.

10. **Suit Against Us --** No suit to recover any loss may be brought against **us** unless:

a. the **terms** of the Commercial Property Coverage have been fully complied with; and

b. the suit is commenced within two years after the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by the law.

11. **Territorial Limits -- We** only cover loss within the United States of America, its territories and possessions, Canada, and Puerto Rico.

| | |
|---|---|
| AAIS | This endorsement changes |
| CL 0188 03 99 | the policy |
| Page 1 of 1 | -- PLEASE READ THIS CAREFULLY -- |

# AMENDATORY ENDORSEMENT
## INDIANA

Under the Common Policy Conditions, the Cancellation condition is deleted and replaced by:

**Cancellation and Nonrenewal** -- "You" may cancel this policy by returning it to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

"We" may cancel or not renew this policy by written notice to "you" at the address shown on the "declarations". Proof of delivery or mailing is sufficient proof of notice.

During the first 90 days this policy is in effect, "we" may cancel for any reason.

If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least ten days before cancellation is effective.

If "we" cancel this policy due to fraud or material misrepresentation, "we" will give "you" notice at least 20 days before cancellation is effective.

If "we" cancel this policy for any other reason, "we" will give "you" notice at least 30 days before cancellation is effective.

After this policy has been in effect for more than 90 days, or if it is a renewal of a policy issued by "us", "we" may cancel this policy only if one or more of the following reasons apply:

a. the premium has not been paid when due;

b. there has been a substantial change in the scale of the risk covered by the policy;

c. "you" have perpetrated a fraud or material misrepresentation upon "us";

d. "you" have failed to comply with reasonable safety recommendations; or

e. reinsurance of the risk associated with the policy has been cancelled.

If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least ten days before cancellation is effective.

If "we" cancel this policy due to fraud or material misrepresentation, "we" will give "you" notice at least 20 days before cancellation is effective.

If "we" cancel this policy due to reasons b., d., or e. above after it has been in effect for more than 90 days, "we" will give "you" notice at least 45 days before cancellation is effective.

If "we" do not renew this policy, "we" will give "you" written notice at least 45 days before:

a. the expiration date of the policy if the coverage is provided for one year or less; or

b. the anniversary date of the policy if the coverage provided is for more than one year.

"Your" return premium, if any, will be refunded at the time of cancellation or as soon as practical. Payment or tender of the unearned premium is not a condition of cancellation.

CL 0188 03 99
Copyright, American Association of Insurance Services. 1998

9

AAIS
CL-300  Ed 1.0
Page 1 of 1

## AMENDATORY ENDORSEMENT

The reference to words that have special meaning is deleted and replaced by the following:

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

CL-300  Ed 1.0

Copyright MCMXCIV, American Association of Insurance Services

10

AAIS
CL 0700 10 06
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# VIRUS OR BACTERIA EXCLUSION

## DEFINITIONS

**Definitions Amended --**

When "fungus" is a defined "term", the definition of "fungus" is amended to delete reference to a bacterium.

When "fungus or related perils" is a defined "term", the definition of "fungus or related perils" is amended to delete reference to a bacterium.

## PERILS EXCLUDED

The additional exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, extra expense, or interruption by civil authority.

1.  The following exclusion is added under Perils Excluded, item 1.:

    **Virus or Bacteria --**

    "We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

This exclusion applies to, but is not limited to, any loss, cost, or expense as a result of:

a.  any contamination by any virus, bacterium, or other microorganism; or

b.  any denial of access to property because of any virus, bacterium, or other microorganism.

2.  **Superseded Exclusions --** The Virus or Bacteria exclusion set forth by this endorsement supersedes the "terms" of any other exclusions referring to "pollutants" or to contamination with respect to any loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

## OTHER CONDITIONS

**Other Terms Remain in Effect --**

The "terms" of this endorsement, whether or not applicable to any loss, cost, or expense, cannot be construed to provide coverage for a loss, cost, or expense that would otherwise be excluded under the policy to which this endorsement is attached.

CL 0700 10 06

Copyright, American Association of Insurance Services, Inc., 2006

AAIS
CP 0171 10 08
Page 1 of 2

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# EXCLUSION -- WATER DAMAGE

The policy is amended as follows. All other "terms" of the policy apply, except as amended by this endorsement.

## PERILS EXCLUDED

1. The Fire Perils Part, Basic Perils Part, Broad Perils Part, and Special Perils Part, when shown on the "declarations", are amended as follows:

   Exclusion 1.g. is deleted and replaced by the following:

   g. **Water** --

   1) "We" do not cover loss caused by:

      a) flood; surface water; waves, including, but not limited to, tidal wave and tsunami; tidal water; tides; overflow of any body of water; or spray from any of these; all whether or not driven by wind. This includes, but is not limited to, storm surge, storm tide, and tidal surge;

      b) water that backs up through, overflows from, or is otherwise discharged from:

         (1) a sewer or drain;
         (2) a sump, sump pump, or related equipment; or
         (3) any other type of system designed to remove subsurface water which is drained from the foundation area;

      c) water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into:

         (1) basements, whether paved or not;

      (2) doors, windows, or other openings;
      (3) foundations, floors, walls, or paved surfaces; or
      (4) swimming pools, septic tanks, or other structures; or

      d) material present in or carried or otherwise moved by water described in items a) through c) above.

      However, if fire, explosion, or sprinkler leakage (if a covered peril) results, "we" do cover the resulting loss.

   2) This exclusion:

      a) applies regardless of the cause of the water or the material carried or moved by water described under items 1)a) through 1)d) above, whether or not such cause is an act of nature; and

      b) applies to, but is not limited to, water and material present in or carried or moved by water, whether or not driven by wind, that:

         (1) overtops;
         (2) escapes from;
         (3) is released from; or
         (4) is otherwise discharged from;

         a dam, levee, dike, floodgate, seawall, or other device or feature designed or used to retain, contain, or control water.

2. When the Earthquake Perils Part is shown on the "declarations", exclusion 1.f. is deleted and replaced by the following:

   f. **Water** --

   1) "We" do not cover loss caused by:

Copyright, American Association of Insurance Services, Inc., 2008

12

a)   flood; surface water; waves, including, but not limited to, tidal wave and tsunami; tidal water; tides; overflow of any body of water; or spray from any of these; all whether or not driven by wind. This includes, but is not limited to, storm surge, storm tide, and tidal surge;

b)   water that backs up through, overflows from, or is otherwise discharged from:

(1)   a sewer or drain;
(2)   a sump, sump pump, or related equipment; or
(3)   any other type of system designed to remove subsurface water which is drained from the foundation area;

c)   water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into:

(1)   basements, whether paved or not;
(2)   doors, windows, or other openings;

(3)   foundations, floors, walls, or paved surfaces; or
(4)   swimming pools, septic tanks, or other structures; or

d)   material present in or carried or otherwise moved by water described in items a) through c) above.

2)   This exclusion:

a)   applies regardless of the cause of the water or the material carried or moved by water described under items 1)a) through 1)d) above, whether or not such cause is an act of nature; and

b)   applies to, but is not limited to, water and material present in or carried or moved by water, whether or not driven by wind, that:

(1)   overtops;
(2)   escapes from;
(3)   is released from; or
(4)   is otherwise discharged from;

a dam, levee, dike, floodgate, seawall, or other device or feature designed or used to retain, contain, or control water.

CP 0171 10 08

Copyright, American Association of Insurance Services, Inc., 2008

| AAIS | This endorsement changes |
|---|---|
| CL-298  Ed 1.0 | the policy |
| Page 1 of 1 | -- PLEASE READ THIS CAREFULLY -- |

# AMENDATORY ENDORSEMENT
## INDIANA

1.  The following addition amends any exclusion, limitation, or other provision relating to "pollutants":

    **Pollutants** -- If this policy contains a definition for "pollutants", any exclusion, limitation, or other provision relating to "pollutants", or any amendment to or replacement of such exclusion, limitation, or other provisions, applies whether or not the irritant or contaminant is used at or in "your" business, operations, premises, site, or location.

2.  Under What Must Be Done In Case Of Loss, the following addition amends Notice:

    Notice given by "you" or on "your" behalf to "our" authorized agent is considered notice to "us". Sufficient details must be provided to enable "us" to properly identify "you". However, such notice does not change or waive any other "terms" of this policy.

---

CL-298  Ed 1.0

Copyright MCMXCVII, American Association of Insurance Services

14

| AAIS | This endorsement changes |
|---|---|
| CP 0643 01 08 | the policy |
| Page 1 of 1 | -- PLEASE READ THIS CAREFULLY -- |

## EXCLUSION -- WAR AND MILITARY ACTION

The policy is amended as follows:

### PERILS EXCLUDED

The War exclusion, wherever it appears, is deleted and replaced by the following:

**War And Military Action --**

"We" do not cover loss or damage caused directly or indirectly by the following:

1) war, including undeclared or civil war; or
2) warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or
3) insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

With respect to any action that comes within the "terms" of this exclusion and involves nuclear reaction or radiation or radioactive contamination, this War And Military Action Exclusion supersedes the Nuclear Hazard Exclusion.

CP 0643 01 08

Copyright, American Association of Insurance Services, Inc., 2008

15

| AAIS | This endorsement changes | POLICY NUMBER |
|---|---|---|
| CL 0605 01 15 | the policy | |
| Page 1 of 1 | -- PLEASE READ THIS CAREFULLY -- | |

## CERTIFIED TERRORISM LOSS DISCLOSURE OF PREMIUM AND FEDERAL SHARE OF INSURED LOSSES

(The entries required to complete this endorsement will be shown below, on the "declarations", or on the "schedule of coverages".)

### SCHEDULE

Certified Terrorism Loss Premium   $ _____

Additional information, if any, concerning terrorism premium:

1. The portion of "your" premium that is attributed to coverage for "certified terrorism loss" is shown in the Schedule above.

2. Coverage for "certified terrorism loss", to the extent that such coverage is provided by this policy or Coverage Part, will be partially reimbursed by the United States Government, Department of Treasury under a federal program. Under that program, the United States pays the following percentage of insured losses for "certified terrorism loss" that exceeds the statutorily established deductible that "we" retain:

   a.  85%, for insured losses occurring before January 1, 2016;

   b.  84%, for insured losses occurring during the 2016 calendar year;

   c.  83%, for insured losses occurring during the 2017 calendar year;

   d.  82%, for insured losses occurring during the 2018 calendar year;

   e.  81%, for insured losses occurring during the 2019 calendar year; and

   f.  80%, for insured losses occurring on or after January 1, 2020.

However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act, as amended, exceed one hundred billion dollars in a calendar year (January 1 through December 31), the Treasury will not make payment for any portion of the amount of such losses that exceeds one hundred billion dollars.

If the Secretary of the Treasury determines that the aggregate amount of "certified terrorism loss" has exceeded one hundred billion dollars in a calendar year (January 1 through December 31), and "we" have met "our" insurer deductible under the Terrorism Risk Insurance Act, as amended, "we" will not pay for any portion of "certified terrorism loss" that exceeds one hundred billion dollars. If the "certified terrorism loss" exceeds one hundred billion dollars in a calendar year (January 1 through December 31), losses up to one hundred billion dollars are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury under the Terrorism Risk Insurance Act, as amended.

CL 0605 01 15

Copyright, American Association of Insurance Services, Inc. 2015

AAIS
CL 0600 01 15
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# CERTIFIED TERRORISM LOSS

1. The following definitions are added.

   a. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States:

      1) to be an act of terrorism;
      2) to be a violent act or an act that is dangerous to human life, property, or infrastructure;
      3) to have resulted in damage:

         a) within the United States; or
         b) to an air carrier (as defined in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises of any United States mission;

      4) to have been committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion; and
      5) to have resulted in insured losses in excess of five million dollars in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act, as amended.

   b. "Certified terrorism loss" means loss that results from a "certified act of terrorism".

2. The "terms" of any terrorism exclusion that is part of or that is attached to this Coverage Part are amended by the following provision:

   This exclusion does not apply to "certified terrorism loss".

3. The following provision is added.

   If the Secretary of the Treasury determines that the aggregate amount of "certified terrorism loss" has exceeded one hundred billion dollars in a calendar year (January 1 through December 31), and "we" have met "our" insurer deductible under the Terrorism Risk Insurance Act, as amended, "we" will not pay for any portion of "certified terrorism loss" that exceeds one hundred billion dollars. If the "certified terrorism loss" exceeds one hundred billion dollars in a calendar year (January 1 through December 31), losses up to one hundred billion dollars are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury under the Terrorism Risk Insurance Act, as amended.

4. The following provisions are added.

   a. Neither the "terms" of this endorsement nor the "terms" of any other terrorism endorsement attached to this Coverage Part provide coverage for any loss that would otherwise be excluded by this Coverage Part under:

      1) exclusions that address war, military action, or nuclear hazard; or
      2) any other exclusion; and

   b. the absence of any other terrorism endorsement does not imply coverage for any loss that would otherwise be excluded by this Coverage Part under:

      1) exclusions that address war, military action, or nuclear hazard; or
      2) any other exclusion.

---

CL 0600 01 15

Copyright, American Association of Insurance Services, Inc., 2015

## EQUIPMENT BREAKDOWN ENHANCEMENT ENDORSEMENT

As respects this **Equipment Breakdown Enhancement Endorsement**, this endorsement changes coverage provided by the following:

**BUILDING AND PERSONAL PROPERTY COVERAGE PART CP 12**
**COMMERCIAL PROPERTY COVERAGE CONDITIONS CP-100**
**FIRE PERILS PART CP 80**
**BASIC PERILS PART CP 82**
**BROAD PERILS PART CP 83**
**SPECIAL PERILS PART CP 85**
**INCOME COVERAGE PART CP-70**

Read the entire endorsement carefully to determine rights, duties and what is and is not covered.

## ADDITIONAL COVERAGES

The following **Additional Coverages** are added as a part of and not in addition to the limit per loss:

### 5. Pollutant Clean Up and Removal

We will pay for the Pollutant Clean Up and Removal for loss resulting from an "Equipment Breakdown". The most we will pay for the Pollutant Clean Up and Removal is $250,000 unless another limit is provided by the Deductible and Limits Exceptions Schedule to which this endorsement can be attached. In that case, the limit provided by the Deductible and Limits Exceptions Schedule will apply.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

### 6. Expediting Expenses

We will pay for the expediting expense loss resulting from an "Equipment Breakdown" with respect to your damaged Covered Property. We will pay the reasonable extra cost to:

(1)   Make temporary repairs;
(2)   Expedite permanent repairs; and
(3)   Expedite permanent replacement

Reasonable extra cost shall mean "the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation."

### 7. Refrigerant Contamination

We will pay the loss from contamination by refrigerant used in refrigerating, cooling or humidity control equipment at the described premises as a result of an "Equipment Breakdown".

The most we will pay for Refrigerant Contamination is $250,000 unless another limit is provided by the Deductible and Limits Exceptions Schedule to which this endorsement can be attached. In that case, the limit provided by the Deductible and Limits Exceptions Schedule will apply.

### 8. Spoilage

We will pay for loss of "perishable goods" due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by an "Equipment Breakdown" to property covered by this policy, that are:

(1)   Located on or within 1,000 feet of your described premises; and
(2)   Owned by you, the building owner at your described premises, or owned by a public utility.

However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss: Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or

sleet, freezing, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water, water damage, earth movement or flood.

"Perishable Goods" means stock preserved and maintained under controlled conditions and susceptible to loss or damage if the controlled conditions change.

The most we will pay for Spoilage is $250,000 unless another limit is provided by the Deductible and Limits Exceptions Schedule to which this endorsement can be attached. In that case, the limit provided by the Deductible and Limits Exceptions Schedule will apply.

9. **CFC Refrigerants**

We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances.

Additional costs mean those in excess of what would have been required to repair or replace covered property, had no CFC refrigerant been involved. We also pay for additional loss as described under the Spoilage or Loss of Income Coverages provided by this endorsement, caused by the presence of a refrigerant containing CFC substances.

We pay no more than the least of the following:

(1) The cost to repair the damaged property and replace any lost CFC refrigerant;

(2) The cost to repair the damaged property, retrofit the system to accept a non-CFC refrigerant, and charge the system with a non-CFC refrigerant; or

(3) The cost to replace the system with one using a non-CFC refrigerant.

10. **Computer Equipment**

We will pay for loss or damage to your "computer equipment" caused by an "Equipment Breakdown".

"Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including peripherals used in conjunction with such equipment, and electronic media and records.

11. **Service Interruption**

Any insurance provided for Business Income or Extra Expense is extended to apply to your loss, damage or expense caused by an "Equipment Breakdown" to equipment that is owned by a utility, landlord or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "Equipment Breakdown" except that it is not Covered Property.

12. **Valuable Papers and Records**

We will pay for your reasonable and necessary cost to research, replace and restore the lost information on electronic media and records as a result of an "Equipment Breakdown".

## OTHER CONDITIONS

The following **Other Conditions** are added:

5. **Suspension**

Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement. Coverage can be suspended and possibly reinstated by delivering or mailing a written notice of suspension / coverage reinstatement to:

(a) Your last known address; or

(b) The address where the property is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

6.  **Jurisdictional Inspections**

If any Covered Property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

7.  **Environmental, Safety and Efficiency Improvements**

If Covered Property requires replacement due to an "Equipment Breakdown", we will pay your additional cost to replace with equipment that is better for the environment, safer, or more energy efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This Condition does not apply to any property to which Actual Cash Value applies.

8.  **Green Environmental and Efficiency Improvements**

If Covered Property requires repair or replacement due to an "Equipment Breakdown", we will pay;

a.  The lesser of the reasonable and necessary additional cost incurred by the Insured to repair or replace physically damaged Covered Property with equipment of like kind and quality which qualifies as "Green". "Like kind and quality" includes similar size and capacity. –

b.  The additional reasonable and necessary fees incurred by the Insured for an accredited professional certified by a "Green Authority" to participate in the repair or replacement of physically damaged Covered Property as "Green".

c.  The additional reasonable and necessary cost incurred by the Insured for certification or recertification of the repaired or replaced Covered Property as "Green".

d.  The additional reasonable and necessary cost incurred by the Insured for "Green" in the removal, disposal or recycling of damaged Covered Property.

e.  The business interruption (if covered within the Policy to which this **Equipment Breakdown Enhancement Endorsement** is attached) loss during the additional time required for repair or replacement of Covered Property, consistent with "Green", in the coverages above.

We will not pay more than 125%, to a maximum limit of $100,000, of what the cost would have been to repair or replace with equipment of like kind and quality inclusive of fees, costs, and any business interruption loss incurred as stated above.

**Green Environmental and Efficiency Improvements** does not cover any of the following:

a.  Covered Property does not include stock, raw materials, finished goods, "production machinery", merchandise, electronic data processing equipment not used in the functional support of the real property, process water, molds and dies, property in the open, property of others for which the Insured is legally liable, or personal property of others.

b.  Any loss adjusted on any valuation basis other than a repair or replacement basis as per the Valuation section of this policy.

c.  Any loss covered under any other section of this policy.

d.  Any cost incurred due to any law or ordinance with which the Insured was legally obligated to

comply prior to the time of the "Equipment Breakdown".

## COMMERCIAL PROPERTY COVERAGE CONDITIONS

## DEFINITIONS

7.    "Equipment Breakdown" as used herein means:

a. Physical loss or damage both originating within:

(1) Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:
   a.  waste disposal piping;
   b.  any piping forming part of a fire protective system;
   c.  furnaces; and
   d.  any water piping other than:
      (1) boiler feed water piping between the feed pump and the boiler;
      (2) boiler condensate return piping; or
      (3) water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.

(2)    All mechanical, electrical, electronic or fiber optic equipment; and

b.    Caused by, resulting from, or consisting of:

(1) Mechanical breakdown;

(2) Electrical or electronic breakdown; or

(3) Rupture, bursting, bulging, implosion, or steam explosion.

However, "Equipment Breakdown" will not mean:

a. Physical loss or damage caused by or resulting from any of the following, however if loss or damage not otherwise excluded results, then we will pay for such resulting damage:

(1)   Wear and Tear;
(2)   Rust or other corrosion, decay, deterioration, hidden or latent defect, mold
      or any other quality in property that causes it to damage or destroy itself;
(3)   Smog;
(4)   Settling, cracking, shrinking or expansion;
(5)   Nesting or infestation, or discharge or release of waste products or
      secretions, by birds, rodents or other animals;
(6)   Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software;
(7)   Scratching and marring;

b. Loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:
      Fire, lightning, combustion explosion, windstorm or hail. weight of snow, ice or sleet, freeze, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire

SPR EB 06 12                                    21

extinguishing equipment, water, water damage, earth movement or flood.

8. "Green" means products, materials, methods and processes certified by a "Green Authority" that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

9. "Green Authority" means an authority on "Green" buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®), "Green" Building Initiative Green Globes®, Energy Star Rating System or any other recognized "Green" rating system.

10. "Production machinery" means any machine which processes, forms, shapes, or transports raw materials, materials in process, waste materials or finished products.

## FIRE PERILS PART CP 80

## PERILS COVERED

The following **Perils Covered** are added:

3. "Equipment Breakdown"

## PERILS EXCLUDED

The following **Perils Excluded** are deleted:

2a. Boiler Explosion - We do not cover loss caused by explosion of steam boilers, steam pipes, steam turbines, or steam engines that you own or lease or that are operated under your control. If a fire or combustion explosion results, we cover the resulting loss.

2b. Electrical Currents - We do not cover loss caused by arcing or by electrical currents other than lightning. If a fire results, we cover only the loss caused by fire.

2d. Mechanical Breakdown - We do not cover loss caused by mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force. We cover any resulting loss caused by a specified peril, breakage of building glass, or elevator collision.

## BASIC PERILS PART CP 82
## BROAD PERILS PART CP 83

## PERILS COVERED

The following **Perils Covered** are added:

12. "Equipment Breakdown"

## PERILS EXCLUDED

The following **Perils Excluded** are deleted:

2a. Boiler Explosion - We do not cover loss caused by explosion of steam boilers, steam pipes, steam turbines, or steam engines that you own or lease or that are operated under your control. If a fire or combustion explosion results, we cover the resulting loss.

2c. Electrical Currents - We do not cover loss caused by arcing or by electrical currents other than lightning. If a fire results, we cover only the loss caused by fire.

2e. Mechanical Breakdown - We do not cover loss caused by mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force. We cover any resulting loss caused by a specified peril, breakage of building glass, or elevator collision.

**SPECIAL PERILS PART CP 85**

## ADDITIONAL DEFINITIONS

The following **Additional Definitions** are added:

4. "Specified Perils" include "Equipment Breakdown"

## PERILS EXCLUDED

The following **Perils Excluded** are deleted:

2f. Electrical Currents - We do not cover loss caused by arcing or by electrical currents other than lightning. If a fire results, we cover only the loss caused by fire.

2g. Explosion -- We do not cover loss caused by explosion of steam boilers, steam pipes, steam turbines, or steam engines that you own or lease or that are operated under your control. If a fire or combustion explosion results, we cover the resulting loss. We also cover loss

caused by the explosion of gas or fuel in a firebox, combustion chamber, or flue.

2k. Mechanical Breakdown -- We do not cover loss caused by mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force. We cover any resulting loss caused by a specified peril, breakage of building glass, or elevator collision.

## ADDITIONAL PROPERTY EXCLUDED AND LIMITATIONS

The following **Additional Property Excluded and Limitations** are deleted:

2. Boilers -- We do not cover loss to steam boilers, steam pipes, steam turbines, or steam engines caused by any condition or occurrence within such equipment. We do cover loss to such equipment caused by the explosion of gas or fuel in a firebox, combustion chamber, or flue.

   We do not cover loss to hot water boilers or heaters caused by any condition or occurrence within such equipment other than explosion. This exclusion includes bursting, cracking, exploding, or rupturing.

**All other terms and conditions of this policy remain unchanged.**

AAIS

> This endorsement changes the Commercial
> Property Coverages provided by this policy
>
> -- PLEASE READ THIS CAREFULLY --

CP-614
Ed 1.0

# PROTECTIVE DEVICES

## SCHEDULE

(The information required below may be shown on a separate schedule or supplemental declarations.)

| Prem. No. | Bldg. No. | Protective Device or Service |
|---|---|---|
|  |  |  |

## OTHER CONDITIONS

**Protective Devices -- You** are required to maintain the protective devices and services shown on the schedule above.

## PERILS EXCLUDED

1. The following is added to the Fire, Basic, Broad, and Special Perils Part of this policy and applies only to devices or services providing fire protection:

   **We** do not pay for loss caused by fire if, prior to the fire, **you**:

   a. had knowledge of any suspension or impairment in any protective device or service shown on the schedule above and did not notify **us**; or

   b. failed to maintain in complete working order, any protective device or service shown on the schedule above which **you** control.

If part of an automatic sprinkler system is shut off and **you** restore full protection within 48 hours, notification to **us** is not necessary.

2. The following is added to the Special Perils Part of this policy and applies only to devices or services providing theft protection:

   **We** do not pay for loss caused by theft if, prior to the theft, **you**:

   a. had knowledge of any suspension or impairment in any protective device or service shown on the schedule above and did not notify **us**; or

   b. failed to maintain in complete working order, any protective device or service shown on the schedule above which **you** control.

CP-614  Ed 1.0

AAIS

Copyright MCMXCIV, American Association of Insurance Services

AAIS

CP-12
Ed 1.0

# BUILDING AND PERSONAL PROPERTY COVERAGE PART

We cover direct physical loss to covered property at the premises described on the **declarations** caused by a covered peril.

## PROPERTY COVERED

We cover the following types of property for which a **limit** is shown on the **declarations**.

### BUILDING PROPERTY

This means buildings and structures described on the **declarations**, including:

1. completed additions;

2. fixtures, machinery, and equipment which are a permanent part of the described building or structure;

3. outdoor fixtures;

4. personal property owned by **you** and used to maintain or service the described building or structure or its premises, including air-conditioning equipment; fire extinguishing apparatus; floor coverings; and appliances for refrigerating, cooking, dish washing, and laundering;

5. if not covered by other insurance;

   a. additions under construction, alterations, and repairs to the building or structure; and

   b. materials, equipment, supplies, and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations, or repairs to the building or structure.

### BUSINESS PERSONAL PROPERTY

This means **your** business personal property in the buildings and structures described on the **declarations** or in the open (or in vehicles) on or within 100 feet of the described premises. Unless otherwise specified on the **declarations**, this includes:

1. **your** interest in personal property of others to the extent of **your** labor, material, and services;

2. **your** use interest as tenant in improvements to the described building or structure. Improvements are fixtures, alterations, installations, or additions;

   a. to a building or structure **you** occupy but do not own; and

   b. made or acquired at **your** expense and which cannot be legally removed by **you**; and

3. leased personal property which **you** have a contractual responsibility to insure, unless otherwise insured by the Commercial Property Coverage under Personal Property of Others.

### PERSONAL PROPERTY OF OTHERS

This means personal property of others:

1. that is in **your** care, custody, or control; and

2. located in the buildings and structures described on the **declarations** or in the open (or in vehicles) on or within 100 feet of the described premises.

However, **our** payment for loss to personal property of others is only for the benefit of the owners of the personal property.

## PROPERTY EXCLUDED AND LIMITATIONS

1. **Animals --** **We** do not cover animals, including birds and fish, unless owned by others and boarded by **you**. **We** do cover animals **you** own and hold for sale.

2. **Antennas, Awnings, Canopies, Fences, and Signs --** Except as provided under Supplemental Coverages, we do not cover outdoor:

   a. radio, television, satellite, dish-type, or other antennas including their masts, towers, and lead-in wiring;

   b. awnings or canopies of fabric or slat construction or their supports;

   c. fences; or

   d. signs, other than signs attached to buildings.

Copyright MCMXCIV, American Association of Insurance Services

3. **Contraband** -- We do not cover contraband or property in the course of illegal transportation or trade.

4. **Foundations, Retaining Walls, Piling, Piers, Wharves, or Docks** -- We do not cover foundations which are below the lowest basement floor or below ground level if there is no basement; retaining walls that are not part of buildings or structures; or pilings, piers, wharves, or docks.

5. **Land; Water; Growing Crops or Lawns; Cost of Excavation, Grading, or Filling; Paved Surfaces; or Underground Pipes, Flues, or Drains** -- We do not cover:

   a. land, including land on which the property is located;

   b. underground or surface water;

   c. growing crops or lawns;

   d. cost of excavations, grading, or filling;

   e. paved outdoor surfaces, including driveways, parking lots, roads, bridges, and walks; or

   f. underground pipes, flues, and drains.

6. **Money and Securities** -- We do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, or securities.

7. **Property More Specifically Insured** -- We do not cover property which is more specifically insured in whole or in part by any other insurance. We do cover the amount in excess of the amount due from the more specific insurance.

8. **Trees, Shrubs, and Plants** – Except as provided under Supplemental Coverages, **we** do not cover trees; shrubs; plants; and grain, hay, straw, or other crops. when outdoors. However, **we** do cover trees, shrubs, and plants **you** own and hold for sale.

9. **Valuable Papers and Records -- Research Cost--** Except as provided under Supplemental Coverages, **we** do not cover the cost to research, replace, or restore the information on valuable papers and records, including those which exist on electronic or magnetic media.

10. **Vehicles, Aircraft, and Watercraft** -- **We** do not cover vehicles or self-propelled machines (including aircraft or watercraft and their motors, equipment, and accessories) that are:

    a. required to be licensed for use on public roads; or

    b. operated principally away from the described premises.

    **We** do cover vehicles or self-propelled machines **you** manufacture, process, warehouse, or hold for sale. However, this does not include autos **you** hold for sale. **We** also cover rowboats or canoes out of water at the described premises.

## ADDITIONAL COVERAGES

1. **Debris Removal** -- **We** cover the cost to remove the debris of covered property that is caused by a covered peril. This coverage does not include costs to:

   a. extract **pollutants** from land or water; or

   b. remove, restore, or replace polluted land or water.

   **We** do not pay any more under this coverage than 25 percent of the amount **we** pay for the direct physical loss. **We** do not pay more for loss to property and debris removal combined than the **limit** for the damaged property.

   However, **we** pay an additional amount of debris removal expense up to $5,000 when the debris removal expense exceeds 25 percent of the amount **we** pay for direct physical loss or when the loss to property and debris removal combined exceeds the **limit** for the damaged property.

   **We** do not pay any expenses unless they are reported to **us** in writing within 180 days from the date of direct physical loss to covered property.

2. **Emergency Removal** -- **We** cover loss to covered property while moved or being moved from the described premises for preservation from loss caused by a covered peril. **We** pay for any direct physical loss to that property. This coverage applies for up to 10 days after the property is first moved. This does not increase the **limit**.

3. **Fire Department Service Charges** -- **We** pay up to $1,000 to cover **your** liability, assumed by contract or agreement prior to the loss, for fire department service charges.

This coverage is limited to charges incurred when the fire department is called to save or protect covered property from a covered peril.

No deductible applies.

This is an additional **limit**.

4. **Pollutant Clean Up and Removal** -- We pay **your** expense to extract **pollutants** from land or water at the described premises if the discharge, dispersal, seepage, migration, release, or escape of the **pollutants** is caused by a covered peril that occurs during the policy period.

We pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of **pollutants** only when the expense of extracting the **pollutants** is covered by this Additional Coverage.

The most **we** pay for each described premises is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12 month period of this policy. The expenses are paid only if they are reported to **us** in writing within 180 days from the date the covered peril occurs.

This is an additional **limit**.

## PERILS COVERED

See the applicable Perils Part shown on the **declarations**.

## SUPPLEMENTAL COVERAGES

If a Coinsurance percentage of 80% or more is shown on the **declarations**, **we** provide the following supplemental coverages.

Unless otherwise stated, each supplemental coverage:

a. applies for loss caused by a covered peril;

b. applies to property in or on buildings or structures described on the **declarations** or in the open (or in vehicles) within 100 feet of the described premises;

c. is an additional amount of coverage; and

d. is not subject to and not considered in applying coinsurance.

1. The following supplemental coverages apply when a **limit** is shown on the **declarations** for either Building Property or Business Personal Property.

a. **Antennas, Awnings, Canopies, Fences, and Signs** -- We pay up to $1,000 for **your** outdoor:

1) radio, television, satellite, dish-type, or other antennas including their masts, towers, and lead-in wiring;
2) awnings or canopies of fabric or slat construction or their supports;
3) fences; or
4) signs.

We only cover direct physical loss caused by aircraft, civil commotion, explosion, fire, lightning, or riot, including debris removal expense.

b. **Property Off Premises** -- We pay up to $5,000 for covered property while temporarily at a location that **you** do not own, control, rent, or lease.

This coverage does not include property:

1) in or on a vehicle;
2) in the care, custody, or control of **your** salesperson; or
3) at any fair or exhibition.

2. The following supplemental coverages apply only when a **limit** is shown on the **declarations** for Building Property.

a. **Increased Costs -- Ordinance or Law** -- We pay up to $5,000 for each described premises to cover the increased costs of a covered loss, including debris removal expense, resulting from the enforcement of any ordinance, law, or decree that regulates or requires:

1) the construction, use, or repair of any property; or
2) the demolition of any property, in part or in whole, not damaged by a covered peril.

The ordinance, law, or decree must be in force at the time of loss.

Under Perils Excluded, Ordinance or Law does not apply to this Supplemental Coverage.

b. **Newly Acquired Buildings** -- We cover **your** buildings or structures being built or that **you** acquire during the policy period.

This coverage applies for 30 days after construction is started or for 30 days from the date **you** acquire the building or structure; or until **you** report the newly acquired property to **us**; whichever occurs first. This coverage does not extend beyond the end of the policy period.

**You** must pay any additional premium due from the date construction is started or the date **you** acquire the property.

**We** pay up to 25 percent of the **limit** shown on the **declarations** for Building Property but not exceeding $250,000 for each building or structure.

c. **Trees, Shrubs, and Plants -- We** pay up to $1,000 for **your** outdoor trees, shrubs, and plants not held for sale. **We** only cover loss caused by aircraft, civil commotion, explosion, fire, lightning, or riot. This coverage is limited to $250 on any one tree, shrub, or plant, including debris removal.

3. The following supplemental coverages apply only when a **limit** is shown on the **declarations** for Business Personal Property.

a. **Condominium Units --** If the described premises is a condominium unit that **you** own, **we** cover the fixtures, improvements, and alterations within **your** unit.

**We** pay up to 10 percent of the **limit** shown on the **declarations** for Business Personal Property but not exceeding $20,000 for each building or structure.

This is not an additional amount of coverage.

b. **Extra Expenses -- We** pay up to $1,000 for the necessary extra expenses that **you** incur in order to continue as nearly as practical **your** normal business following loss by a covered peril. This applies when the damage is to property in the described buildings or structures or in the open (or in vehicles) on or within 100 feet of the described premises.

**We** cover **your** extra expenses for the time it should reasonably take to resume **your** normal business, but not longer than the time it should reasonably take to rebuild, repair, or replace the property that has incurred the loss.

**We** do not cover the normal cost of repair, replacement, or restoration of property. **We** cover expenses in excess of normal that **you** necessarily incur to reduce loss, but only to the extent they reduce the loss under this coverage.

**We** do not cover the cost of research or other extra expense necessary to reproduce, replace, or restore lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media.

**We** cover expenses in excess of normal that **you** necessarily incur to reduce loss, but only to the extent that they reduce the loss under this coverage.

c. **Personal Effects -- We** pay up to $500, at each described premises, for personal effects owned by **you**, **your** officers, **your** partners, or **your** employees. This coverage is limited to $100 on property owned by any one person.

d. **Personal Property -- Acquired Locations -- We** cover **your** business personal property at locations that **you** acquire, other than fairs or exhibitions.

This coverage applies for 30 days from the date **you** acquire the location or until **you** report the acquired location to **us**, whichever occurs first. This coverage does not extend beyond the end of the policy period.

**You** must pay any additional premium due from that date **you** acquire the location.

**We** pay up to 10 percent of the **limit** shown on the **declarations** for Business Personal Property but not exceeding $100,000 for each location.

e. **Personal Property of Others -- We** pay up to $2,500, at each described premises, for personal property of others in **your** care, custody, or control. This coverage is only for the benefit of the owners of the personal property.

f. **Property in Transit -- We** pay up to $1,000 for covered business personal property (other than property in the care, custody, or control of **your** salesperson) in transit more than 100 feet from the described premises in vehicles **you** own, lease, or operate.

We only cover direct physical loss caused by civil commotion; collision with another vehicle or object, other than the road bed; explosion; fire; hail; lightning; overturn or upset of the vehicle; riot; vandalism; or windstorm.

This coverage also includes loss of an entire package, case, or bale from within a locked part of **your** vehicle caused by theft. Theft must be proven by visible marks of forced entry.

g. **Valuable Papers and Records -- Research Cost -- We** pay up to $1,000 for the cost of research or other expenses necessary to reproduce, replace, or restore lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist.

## WHAT MUST BE DONE IN CASE OF LOSS

1. Notice -- In case of a loss, **you** must:

   a. give **us** or **our** agent prompt notice including a description of the property involved (**we** may request written notice);

   b. give notice to the police when the act that causes the loss is a crime; and

   c. give notice to the credit card company if the loss involves a credit card.

2. **Protect Property -- You** must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss. **We** pay the reasonable costs incurred by **you** for necessary repairs or emergency measures performed solely to protect covered property from further damage by a covered peril if a covered peril has already caused a loss to covered property. However, **we** do not pay for such repairs or emergency measures performed on property which has not been damaged by a covered peril. This does not increase **our limit**.

3. **Proof of Loss -- You** must send **us**, within 60 days after **our** request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. **your** interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title or occupancy of the covered property during the policy period;

   e. detailed estimates for repair or replacement of covered property;

   f. available plans and specifications of buildings or structures;

   g. detailed estimates of any covered loss of income and expenses; and

   h. an inventory of damaged and undamaged covered personal property showing in detail the quantity, description, cost, actual cash value, and amount of the loss. **You** must attach to the inventory copies of all bills, receipts, and related documents that substantiate the inventory. An inventory of undamaged personal property is not required if the total claim for a loss is less than $10,000 and less than five percent of the total **limit**.

4. **Examination Under Oath -- You** must submit to examination under oath in matters connected with the loss as often as **we** reasonably request and give **us** sworn statements of the answers. If more than one person is examined, **we** have the right to examine and receive statements separately and not in the presence of the others.

5. **Records -- You** must produce records, including tax returns and bank microfilms of all cancelled checks, relating to value, loss, and expense and permit copies and extracts to be made of them as often as **we** reasonably request.

6. **Damaged Property -- You** must exhibit the damaged and undamaged property as often as **we** reasonably request and allow **us** to inspect or take samples of the property.

7. **Volunteer Payments -- You** must not, except at **your** own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment -- We** do not have to accept any abandonment of property.

9. **Cooperation -- You** must cooperate in performing all acts required by the Commercial Property Coverage.

## VALUATION

1. **Actual Cash Value** -- When replacement cost is not shown on the **declarations** for covered property, the value is based on the actual cash value at the time of the loss (with a deduction for depreciation), except as provided in paragraphs 2. through 9. below.

2. **Limited Replacement Cost** -- When the **limit** for Building Property satisfies the coinsurance requirement, **we** pay up to $2,500 to cover the cost to repair or replace **your** buildings or structures. This applies only when the total loss does not exceed $2,500. This provision does not apply to awnings; canopies; floor coverings; appliances for refrigerating, ventilating, cooking, dishwashing, or laundering; or outdoor equipment or furniture.

3. **Glass** -- The value of glass is based on the cost of safety glazing material where required by code, ordinance, or law.

4. **Merchandise Sold** -- The value of merchandise that **you** have sold but not delivered is based on the selling price less all discounts and unincurred expenses.

5. **Valuable Papers and Records** -- The value of valuable papers and records, including those which exist on electronic or magnetic media (other than prepackaged software programs) is based on the cost of blank materials, and the labor to transcribe or copy the records when there is a duplicate.

6. **Tenant's Improvements** -- The value of tenant's improvements losses is based on the actual cash value if repaired or replaced at **your** expense within a reasonable time.

The value of tenant's improvements losses is based on a portion of **your** original cost if not repaired or replaced within a reasonable time. This portion is determined as follows:

a. Divide the number of days from the date of the loss to the expiration date of the lease by the number of days from the date of installation to the expiration date of the lease; and

b. Multiply the figure determined in 6.a. above by the original cost.

If **your** lease contains a renewal option, the expiration of the lease in this procedure is replaced by the expiration of the renewal option period.

Tenant's improvements losses are not covered if repaired or replaced at another's expense.

7. **Pair or Set** -- The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

8. **Loss to Parts** -- The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

9. **Replacement Cost** -- When replacement cost is shown on the **declarations** for covered property, the value is based on replacement cost without any deduction for depreciation.

This replacement cost provision does not apply to objects of art, rarity, or antiquity; property of others; or paragraphs 3. through 8. above.

The replacement cost is limited to the cost of repair or replacement with similar materials on the same site and used for the same purpose. The payment shall not exceed the amount **you** spend to repair or replace the damaged or destroyed property.

Except as provided under Limited Replacement Cost, replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced. **You** may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if **you** notify **us** of **your** intent within 180 days after the loss.

## HOW MUCH WE PAY

1. **Insurable Interest** -- **We** do not cover more than **your** insurable interest in any property.

2. **Deductible** -- **We** pay only that part of **your** loss over the deductible amount stated on the **declarations** in any one occurrence. The deductible applies to the loss before application of any coinsurance or reporting provision.

3. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 4., 5., and 6. under How Much We Pay, **we** pay the lesser of:

a. the amount determined under Valuation;

b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

c. the **limit** that applies to covered property.

4. **Coinsurance --** When a coinsurance percentage is shown on the **declarations**, **we** only pay a part of the loss if the **limit** is less than the value of the covered property at the time of the loss multiplied by the coinsurance percentage shown for it on the **declarations**. **Our** part of the loss is determined using the following steps:

   a. Multiply the value of the covered property at the time of the loss by the coinsurance percentage;

   b. Divide the **limit** for covered property by the figure determined in 4.a. above; and

   c. Multiply the total amount of loss, after the application of any deductible, by the figure determined in 4.b. above.

The most **we** pay is the amount determined in 4.c. above or the **limit**, whichever is less. **We** do not pay any remaining part of the loss.

If there is more than one **limit** shown on the **declarations** for this Coverage Part, this procedure applies separately to each **limit**.

If there is only one **limit** shown on the **declarations** for this Coverage Part, this procedure applies to the total of all covered property to which the **limit** applies.

**Example -- Underinsurance**

| | |
|---|---|
| Value of covered property | $100,000 |
| Coinsurance | 80% |
| Limit | $60,000 |
| Loss | $21,000 |
| Deductible | $1,000 |

Step a.: $100,000 x 80% = $80,000 (minimum **limit** needed to meet coinsurance requirements)

Step b.: $60,000 ÷ $80,000 = .75

Step c.: $21,000 - $1,000 = $20,000
$20,000 x .75 = $15,000

**We** pay no more than $15,000. **We** do not pay the remaining $6,000.

**Example -- Sufficient Insurance**

| | |
|---|---|
| Value of covered property | $100,000 |
| Coinsurance | 80% |
| Limit | $80,000 |
| Loss | $21,000 |
| Deductible | $1,000 |

Step a.: $100,000 x 80% = $80,000 (minimum **limit** needed to meet coinsurance requirements)

Step b.: $80,000 ÷ $80,000 = 1.00

Step c.: $21,000 - $1,000 = $20,000
$20,000 x 1.00 = $20,000

**We** pay no more than $20,000 in excess of the deductible. No penalty applies.

**Example -- Blanket Limit**

| | |
|---|---|
| Value of covered property | |
| Building at Location 1. | $75,000 |
| Building at Location 2. | $75,000 |
| Personal Property at Location 2. | $50,000 |
| Total Value of covered property | $200,000 |
| Coinsurance | 80% |
| Limit | $128,000 |
| Loss | |
| Building at Location 2. | $20,000 |
| Personal Property at Location 2. | $11,000 |
| Total Loss | $31,000 |
| Deductible | $1,000 |

Step a.: $200,000 x 80% = $160,000 (minimum **limit** needed to meet coinsurance requirements)

Step b.: $128,000 ÷ $160,000 = .80

Step c.: $31,000 - $1,000 = $30,000
$30,000 x .80 = $24,000

**We** pay no more than $24,000. **We** do not pay the remaining $7,000.

5. **Insurance Under More Than One Coverage --** If more than one coverage of this policy insures the same loss, **we** pay no more than the actual claim or loss sustained.

6. **Insurance Under More Than One Policy -- You** may have another policy subject to the same plan, **terms**, conditions, and provisions as this policy. If **you** do, **we** pay **our** share of the covered loss. **Our** share is the proportion that the applicable **limit** under this policy bears to the **limit** of all policies covering on the same basis.

If there is another policy covering the same loss, other than that described above, **we** pay only for the amount of covered loss in excess of the amount due from that other policy, whether **you** can collect on it or not. But **we** do not pay more than the applicable **limit**.

## LOSS PAYMENT

1. **Our Options -- We** may:

   a. pay the value of the loss;

   b. pay the cost of repairing or replacing the loss;

   c. rebuild, repair, or replace with property of equivalent kind and quality, to the extent practicable; or

   d. take all or any part of the damaged property at the agreed or appraised value.

   We must give **you** notice of **our** intentions within 30 days after we have received a satisfactory proof of loss.

2. **Your Losses -- We** adjust all losses with **you.** Payment is made to **you** unless another loss payee is named in the policy. A covered loss is payable 30 days after a satisfactory proof of loss is received, and:

   a. the amount of the loss has been agreed to in writing;

   b. an appraisal award has been filed with **us**; or

   c. a final judgment has been entered.

3. **Property of Others --** Losses to property of others may be adjusted with and paid to:

   a. **you** on behalf of the owner; or

   b. the owner.

   If **we** pay the owner, **we** do not have to pay **you. We** may also choose to defend any suits arising from the owners at **our** expense.

## OTHER CONDITIONS

In addition to the policy **terms** which are contained in other sections of the Commercial Property Coverage, the following conditions apply.

1. **Appraisal --** If **you** and **we** do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each selects a competent, independent appraiser and notifies the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, **you** or we can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers then determine and state separately the amount of each loss.

The appraisers also determine the actual cash value of covered property items at the time of the loss, if requested.

A written agreement is binding on all parties. If the appraisers fail to agree within a reasonable time, they submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three is binding on all parties.

Each appraiser is paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire is paid equally by **you** and **us.**

If there is an appraisal, **we** retain **our** right to deny the claim.

2. **Mortgage Provisions --** If a mortgagee (mortgage holder) is named in this policy, loss to Building Property shall be paid to the mortgagee and **you** as their interest appears. If more than one mortgagee is named, they shall be paid in order of precedence.

The insurance for the mortgagee continues in effect even when **your** insurance may be void because of **your** acts, neglect, or failure to comply with the coverage **terms.** The insurance for the mortgagee does not continue in effect if the mortgagee is aware of changes in ownership or substantial increase in risk and does not notify **us.**

If **we** cancel this policy, **we** notify the mortgagee at least 10 days before the effective date of cancellation if **we** cancel for **your** nonpayment of premium, or 30 days before the effective date of cancellation if **we** cancel for any other reason.

**We** may request payment of the premium from the mortgagee, if **you** fail to pay the premium.

If we pay the mortgagee for a loss where your insurance may be void, the mortgagee's right to collect that portion of the mortgage debt from you then belongs to us. This does not affect the mortgagee's right to collect the remainder of the mortgage debt from you. As an alternative, we may pay the mortgagee the remaining principal and accrued interest in return for a full assignment of the mortgagee's interest and any instruments given as security for the mortgage debt.

If we choose not to renew this policy, we give written notice to the mortgagee at least 10 days before the expiration date of this policy.

3. **Recoveries** -- If we pay you for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. You must notify us promptly if you recover property or receive payment.

   b. We must notify you promptly if we recover property, or receive payment.

   c. Any recovery expenses incurred by either are reimbursed first.

   d. You may keep the recovered property but you must refund to us the amount of the claim paid, or any lesser amount to which we agree.

   e. If the claim paid is less than the agreed loss due to a deductible or other limiting term of this policy any recovery is pro rated between you and us based on our respective interest in the loss.

4. **Vacancy -- Unoccupancy** -- We do not pay for loss caused by attempted theft, breakage of building glass, sprinkler leakage (unless you have protected the system against freezing), theft, vandalism, or water damage occurring while the building or structure has been:

   a. vacant for more than 60 consecutive days; or

   b. unoccupied for more than

      1) 60 consecutive days; or
      2) the usual or incidental unoccupancy period for the described premises

      whichever is longer.

The amount we pay for any loss that is not otherwise excluded is reduced by 15%.

Unoccupied means that the customary activities or operations of the described occupancy are suspended, but business personal property has not been removed. The building or structure shall be considered vacant and not unoccupied when the occupants have moved, leaving the building or structure empty or containing only limited business personal property. Buildings or structures under construction are not considered vacant or unoccupied.

AAIS

CP-85
Ed 1.0

# SPECIAL PERILS PART

## ADDITIONAL DEFINITIONS

1. **Sinkhole Collapse** -- This means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

2. **Specified Perils** -- This means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; **sinkhole collapse**; smoke; sonic boom; vandalism; vehicles; **volcanic action**; water damage; weight of ice, snow, or sleet; and windstorm.

   Falling objects does not include loss to personal property in the open or to the interior of buildings or structures or personal property inside buildings or structures unless the exterior of the roof or walls are first damaged by a falling object.

   Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

3. **Volcanic Action** -- This means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow. It does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PERILS COVERED

When "Special Perils" is shown on the **declarations, we** cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. **We** do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

   a. **Ordinance or Law** -- **We** do not cover loss or increased cost caused by enforcement of any code, ordinance, or law regulating the use, construction, or repair of any building or structure; or requiring the demolition of any building or structure including the cost of removing its debris.

   b. **Earth Movement or Volcanic Eruption** -- **We** do not cover loss caused by any earth movement (other than **sinkhole collapse**) or caused by eruption, explosion, or effusion of a volcano. Earth movement includes, but is not limited to earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting of earth.

   **We** cover direct physical loss by fire, explosion, or **volcanic action** resulting from either earth movement or eruption, explosion, or effusion of a volcano.

   All volcanic eruptions that occur within a 168 hour period shall be considered a single loss.

   c. **Civil Authority** -- **We** do not cover loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

   **We** cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this policy.

   d. **Nuclear Hazard** -- **We** do not cover loss caused by a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by, contributed to or aggravated by a covered peril; and whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct physical loss by fire resulting from the nuclear hazard is covered.

   e. **Utility Failure** -- **We** do not cover loss caused by interruption of power or other utility services resulting from any cause if the interruption takes place away from the described premises. Interruption includes reduced or increased voltage, low or high pressure, or other interruptions of normal services.

-- 1 --
Copyright MCMXCIV, American Association of Insurance Services
34

We cover the direct physical loss by a covered peril which occurs on the described premises as a result of any power interruption.

f. **War** -- **We** do not cover loss caused by war. This means:

   1) declared war, undeclared war, civil war, insurrection, rebellion, or revolution;
   2) a warlike act by a military force or by military personnel;
   3) the destruction, seizure, or use of the property for a military purpose; or
   4) the discharge of a nuclear weapon, even if it is accidental.

g. **Water** -- **We** do not cover loss caused by water. This means:

   1) flood, surface water, waves, tidal water, or the overflow of a body of water. This includes spray that results from these whether driven by wind or not;
   2) water that backs up through a sewer or drain; and
   3) water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into a building or structure, sidewalk, driveway, foundation, swimming pool, or other structure.

   If fire, explosion, or sprinkler leakage results, **we** do cover the resulting loss.

2. **We** do not pay for loss if one or more of the following exclusions apply to the loss:

   a. **Animals** -- **We** do not cover loss caused by animals, including birds, insects, or vermin. **We** cover any resulting loss caused by a **specified peril** or breakage of building glass.

   b. **Collapse** -- **We** do not cover loss caused by collapse, except as provided in the Additional Coverage for Collapse. If loss caused by a covered peril results at the described premises, **we** pay for that resulting loss.

   c. **Contamination or Deterioration** -- **We** do not cover loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust or any quality, fault, or weakness in property that causes it to damage or destroy itself. **We** cover any resulting loss caused by a **specified peril** or breakage of building glass.

d. **Criminal, Fraudulent, or Dishonest Acts** -- **We** do not cover loss caused by criminal, fraudulent, dishonest, or illegal acts, alone or in collusion with another, by:

   1) **you;**
   2) others who have an interest in the property;
   3) others to whom **you** entrust the property;
   4) **your** partners, officers, directors, trustees, joint adventurers; or
   5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

e. **Defects, Errors, and Omissions** -- **We** do not cover loss which results from one or more of the following:

   1) an act, error, or omission (negligent or not) relating to:

      a) land use;
      b) the design, specification, construction, workmanship, installation, or maintenance of property;
      c) planning, zoning, development, siting, surveying, grading, or compaction; or
      d) maintenance of property (including land, structures, or improvements);

      whether on or off the described premises;

   2) a defect, a weakness, the inadequacy, a fault, or unsoundness in materials used in construction or repair, whether on or off the described premises;
   3) the cost to make good an error in design; or
   4) a data processing error or omission in programming or giving improper instructions.

   In addition, **we** do not cover loss to Business Personal Property caused by deficiency or defects in design, specifications, materials, or workmanship, or caused by latent or inherent defects.

   **We** cover any resulting loss caused by a covered peril unless the resulting loss itself is excluded.

f. **Electrical Currents** -- **We** do not cover loss caused by arcing or by electrical currents other than lightning. If a fire results, **we** cover only the loss caused by fire.

g. **Explosion** -- **We** do not cover loss caused by explosion of steam boilers, steam pipes, steam turbines, or steam engines that **you** own or lease or that are operated under **your** control. If a fire or combustion explosion results, we cover the resulting loss. **We** also cover loss caused by the explosion of gas or fuel in a firebox, combustion chamber, or flue.

h. **Freezing** -- **We** do not cover loss caused by water, other liquids, powder, or molten material that leaks or flows from plumbing, heating, air-conditioning systems or appliances (other than fire protective systems) as a result of freezing. This does not apply if **you** use reasonable care to maintain heat in the building or structure; or **you** drain the equipment and turn off the supply if the heat is not maintained.

i. **Increased Hazard** -- **We** do not cover loss occurring while the hazard has been materially increased by any means within **your** knowledge or **your** control.

j. **Loss of Use** -- **We** do not cover loss caused by loss of use, business interruption, delay, or loss of market.

k. **Mechanical Breakdown** -- **We** do not cover loss caused by mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force. **We** cover any resulting loss caused by a **specified peril**, breakage of building glass, or elevator collision.

l. **Neglect** -- **We** do not cover loss caused by **your** neglect to use all reasonable means to save covered property at and after the time of loss.

We do not cover loss caused by **your** neglect to use all reasonable means to save and preserve covered property when endangered by a covered peril.

m. **Pollutants** -- **We** do not cover loss caused by release, discharge, seepage, migration, dispersal, or escape of **pollutants** unless the release, discharge, seepage, migration, dispersal, or escape is caused by a **specified peril**. **We** cover any resulting loss caused by a **specified peril**.

n. **Seepage** -- **We** do not cover loss caused by continuous or repeated seepage or leakage of water or steam that occurs over a period of 14 days or more.

o. **Settling, Cracking, Shrinking, Bulging, or Expanding** -- **We** do not cover loss caused by settling, cracking, shrinking, bulging, or expanding of pavements, footings, foundations, walls, ceilings, or roofs. **We** cover any resulting loss caused by a **specified peril** or breakage of building glass.

p. **Smog, Smoke, Vapor, or Gas** -- **We** do not cover loss caused by smog, smoke, vapor, or gas from agricultural smudging or industrial operations.

q. **Temperature/Humidity** -- **We** do not cover loss to personal property caused by dampness, dryness, or changes in or extremes of temperature. **We** cover any resulting loss caused by **specified perils** or breakage of building glass.

r. **Voluntary Parting** -- **We** do not cover loss caused by voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

s. **Wear and Tear** -- **We** do not cover loss caused by wear and tear, marring, or scratching. **We** cover any resulting loss caused by a **specified peril** or breakage of building glass.

t. **Weather** -- **We** do not pay for loss caused by weather conditions if the weather conditions contribute in any way with a cause or event excluded in paragraph 1. above.

We cover any resulting loss caused by a covered peril unless the resulting loss itself is excluded.

## ADDITIONAL PROPERTY EXCLUDED AND LIMITATIONS

1. **Animals** -- **We** do not cover loss to animals, including birds and fish, except death or destruction of animals caused by **specified perils** or breakage of building glass.

2. **Boilers** -- **We** do not cover loss to steam boilers, steam pipes, steam turbines, or steam engines caused by any condition or occurrence within such equipment. **We** do cover loss to such equipment caused by the explosion of gas or fuel in a firebox, combustion chamber, or flue.

We do not cover loss to hot water boilers or heaters caused by any condition or occurrence within such equipment other than explosion. This exclusion includes bursting, cracking, exploding, or rupturing.

3. **Building Materials** -- We do not cover loss to building materials and supplies that are not attached to buildings or structures, unless held for sale by **you**, caused by theft.

   We cover loss caused by looting and pillaging at the time and place of a riot or civil commotion.

4. **Furs** -- We do not cover furs or fur garments for loss by theft for more than $2,500 total in any one occurrence.

5. **Glass Breakage** -- We do not cover building glass breakage loss for more than $100 for any plate, pane, multiple plate insulating unit, heating pane, jalousie, louver, or shutter, or more than $500 in any one occurrence. These **limits** do not apply to loss by **specified perils** other than vandalism.

6. **Glassware/Fragile Articles** -- We do not cover breakage of fragile articles such as glassware, statuary, porcelains, and bric-a-brac, except as a result of **specified perils** or breakage of building glass. This does not apply to glass that is a part of a building or structure; bottles or other containers held for sale; or lenses of photographic and scientific instruments.

7. **Gutters and Downspouts** -- We do not cover loss to gutters and downspouts caused by the weight of ice, sleet, or snow.

8. **Interior of Buildings** -- We do not cover loss to the interior of buildings or structures or to personal property in the buildings or structures caused by rain, snow, sleet, ice, sand, or dust, unless:

   a. entering through openings made by a **specified peril**; or

   b. the loss is caused by the thawing of snow, sleet, or ice on the building or structure.

9. **Jewelry, Watches, Jewels, Pearls, Precious Stones, and Metals** -- We do not cover more than $2,500 total in any one occurrence for loss by theft of jewelry; watches; watch movements; jewels; pearls; precious or semi-precious stones; gold, silver, or other precious metals; or items consisting primarily of precious metals. This limitation does not apply to items of jewelry or watches worth $100 or less.

10. **Machinery, Tools, and Equipment** -- We do not cover builders' machinery, tools, and equipment owned by **you** or in **your** care, while away from the described premises except as a result of **specified perils** or breakage of building glass.

11. **Missing Property** -- We do not cover missing property where the only proof of loss is unexplained or mysterious disappearance, or shortage discovered on taking inventory, or other instance where there is no physical evidence to show what happened to the property.

12. **Patterns, Dies, Molds, Models, and Forms** -- We do not cover more than $2,500 total in one occurrence for loss by theft to patterns, dies, molds, models, or forms.

13. **Personal Property in the Open** -- We do not cover loss to personal property in the open caused by rain, snow, ice, or sleet.

14. **Stamps, Tickets, Letters of Credit** -- We do not cover more than $250 total in any one occurrence for loss by theft to stamps, tickets (including lottery tickets held for sale), or letters of credit.

15. **Transferred Property** -- We do not cover loss to property that has been transferred to a person or to a place away from the described premises on the basis of unauthorized instructions.

16. **Valuable Papers and Records** -- We do not cover loss to valuable papers or records except by **specified perils** or breakage of building glass. This applies to account books, bills, card index systems, electronic data processing media and the information on such media, deeds, drawings, evidence of debt, manuscripts, and other records.

## ADDITIONAL COVERAGES

1. **Collapse** -- We pay for loss caused by direct physical loss involving collapse of a building or structure or any part of a building or structure caused only by one or more of the following:

   a. **specified perils**; all only as covered in the Commercial Property Coverage;

   b. hidden decay;

   c. hidden insect or vermin damage;

   d. weight of people or business personal property;

   e. weight of rain that collects on a roof; or

   f. the use of defective material or methods in construction, remodeling, or renovation if the collapse occurs during the course of the construction, remodeling, or renovation.

If otherwise covered under the Commercial Property Coverage, under items a. through f. above, we do not pay for loss to the following types of property unless the loss is a direct result of the collapse of a building or structure:

outdoor radio, television, satellite, dish-type, or other antennas including their masts, towers, and lead-in wiring; outdoor awnings or canopies or their supports; fences; gutters and downspouts; yard fixtures; outdoor swimming pools; piers, wharves, and docks; beach or diving platforms or appurtenances; retaining walls; foundations; walks, roadways, and other paved surfaces.

Collapse does not include settling, cracking, shrinking, bulging, or expanding.

This does not increase the limit.

2. **Tearing Out and Replacing** -- When loss caused by:

a. water;

b. other liquids;

c. powder; or

d. molten material

is covered, we also pay the cost of tearing out and replacing any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We do not pay for damage to the system or appliance from which the water or other substance escapes. However, we pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage results in discharge of any substance from an automatic fire protection system; or is directly caused by freezing.

AAIS

CP-70
Ed 1.0

# INCOME COVERAGE PART

Coverage is provided for one or more of the Coverage Options when shown by a **limit** on the **declarations**. If a **limit** is shown for more than one of the Coverage Options, the provisions of the Commercial Property Coverage apply separately to each.

## ADDITIONAL DEFINITIONS

1. **Business** means normal business activities occurring at the described premises including the tenantability of the described premises when the selected coverage option includes **rents**.

2. **Restoration period** means the time it should reasonably take to resume **your business** starting from the date of loss to the described premises caused by a covered peril, and ending on the date the property should be rebuilt, repaired, or replaced. This is not limited by the expiration date of the policy.

   This does not include any increase in time due to the enforcement of any ordinance, law, or decree that regulates or requires:

   a. the construction, use, repair, or demolition of any property; or

   b. the testing, evaluating, observing, or recording the existence, level, or effects of **pollutants**.

3. Rents means **your** actual loss of:

   a. rental income of the described premises as furnished or equipped less any expenses that do not continue;

   b. the rental value of any part of the described premises that **you** occupy less any expenses that do not continue; and

   c. other charges for which a tenant is legally obligated and for which **you** would otherwise be obligated.

## COVERAGE OPTIONS

1. Earnings, **rents**, and extra expense.

2. Earnings and extra expense.

3. **Rents** and extra expense.

Earnings includes **rents** when option 1. is selected. Earnings means **rents** when option 3. is selected.

We provide the coverages shown below during the **restoration period** when **your business** is necessarily interrupted by direct physical loss to real or personal property as a result of a covered peril. This coverage applies only when the loss to real or personal property is at the described premises or in the open (or in vehicles) within 100 feet thereof.

### EARNINGS

We cover **your** actual loss of net income (net profit or loss before income taxes), payroll expense, interest, and other continuing operating expenses normally incurred and earned by **your business**.

We cover only the expenses that are necessary during the **restoration period**. Consideration is given to continuation of payroll and other expenses to the extent necessary to resume **your business** with the same quality of service that existed before the loss.

### EXTRA EXPENSE

We cover the necessary extra expenses that **you** incur to resume or continue **your business** as nearly as practicable.

We cover only the extra expenses that are necessary during the **restoration period**.

We cover extra expenses to repair, replace, or restore any property, but only to the extent that they reduce the loss otherwise payable under this Coverage Part.

We cover extra expenses to research, replace, or restore information on damaged valuable papers and records, but only to the extent that they reduce the loss otherwise payable under this Coverage Part.

## EXCLUSIONS AND LIMITATIONS

1. **Electronic Information -- We** do not cover loss of earnings caused by damage to or loss of electronic information beyond:

   a. 60 consecutive days from the date of loss; or

   b. the time from the date of loss until the date **you** could reasonably rebuild, repair, or replace other damaged property at the described premises caused by the same occurrence

   whichever is greater.
   Electronic information is media, programs, or records

AAIS

for electronic data processing or electronically controlled equipment including films, tapes, discs, drums, or cells.

2. **Finished Stock --** **We** do not cover loss of earnings caused by loss to stock manufactured by **you** which is ready to pack, ship, or sell. This does not apply to stock manufactured for retail outlets that **you** own.

3. **Fire Extinguishment --** **We** do not cover expenses to put out a fire.

4. **Leases, Licenses, Contracts, or Orders --** **We** do not cover any increase in loss due to the suspension, lapse, or cancellation of leases, licenses, contracts, or orders.

   However, **we** do cover loss during the **restoration period** if the suspension, lapse, or cancellation results directly from the interruption of **your business**.

   **We** do not cover any extra expense caused by the suspension, lapse, or cancellation of leases, licenses, contracts, or orders beyond the **restoration period**.

5. **Strikes, Protests, and Other Interference --** **We** do not cover any increase in loss due to interference by strikers or other persons at the described premises. This applies to interference with rebuilding, repairing, or replacing the property or with resuming **your business**.

6. **Unnecessary Expenses --** **We** do not cover any expenses that are not necessary during the **restoration period**.

## ADDITIONAL COVERAGES

1. **Alterations and New Buildings --** **We** extend **your** coverage for earnings and extra expense to include loss caused by damage to:

   a. additions or alterations;

   b. new buildings or structures, completed or under construction; and

   c. machinery, equipment, supplies, or building materials located on or within 100 feet of the described premises used in the construction, alterations, or additions; or incidental to the occupancy of new buildings or structures

   at the described premises caused by a covered peril.

If such loss delays the start of **your business**, the **restoration period** starts from the time **your business** would have begun had no loss occurred. This does not increase the **limit**.

2. **Interruption by Civil Authority --** **We** extend **your** coverage for earnings and extra expense to include loss while access to the described premises is specifically denied by an order of civil authority. This order must be a result of damage to property other than at the described premises and caused by a covered peril. This extension is limited to two consecutive weeks from the date of the order. This does not increase the **limit**.

3. **Newly Acquired Locations --** **We** extend **your** coverage for earnings and extra expense to include loss caused by damage to property at locations, other than at fairs or exhibitions, that **you** acquire. The damage must be caused by a covered peril. The most **we** pay is 10 percent of the highest **limit** shown on the **declarations** for this Coverage Part, but not exceeding $100,000.

   This coverage applies for 30 days after **you** acquire the location or until **you** report the newly acquired location to **us**, whichever occurs first. This coverage does not go beyond the expiration of this policy.

   **You** must pay any additional premium due from the date **you** acquire the location.

   This is an additional amount of insurance and is not subject to and not considered in applying coinsurance.

4. **Period of Loss Extension --** **We** extend **your** coverage for earnings to cover loss from the date the property that incurred the loss is rebuilt, repaired, or replaced until:

   a. the end of 30 consecutive days (unless otherwise shown on the **declarations**); or

   b. the date **you** could reasonably resume **your business** to the conditions that would have existed had no loss occurred,

   whichever is earlier.

   This does not increase the **limit**.

## PERILS COVERED

See the applicable Perils Part shown on the **declarations**.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** -- In case of a loss, **you** must:

   a. give **us** or **our** agent prompt notice including a description of the property involved (**we** may request written notice); and

   b. give notice to the police when the act that causes the loss is a crime.

2. **Protect Property** -- **You** must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss. **We** pay the reasonable costs incurred by **you** for necessary repairs or emergency measures performed solely to protect covered property from further damage by a covered peril if a covered peril has already caused a loss to covered property. However, **we** do not pay for such repairs or emergency measures performed on property which has not been damaged by a covered peril. This does not increase **our** limit.

3. **Proof of Loss** -- **You** must send **us**, within 60 days after **our** request, a signed, sworn proof of loss. This must include the time, place, and circumstances of the loss, and other information **we** request to investigate the loss.

4. **Examination Under Oath** -- **You** must submit to examination under oath in matters connected with the loss as often as **we** reasonably request and give **us** sworn statements of the answers. If more than one person is examined, **we** have the right to examine and receive statements separately and not in the presence of others.

5. **Records** -- **You** must produce records, including tax returns and bank microfilms of all cancelled checks, relating to value, loss and expense and permit copies and extracts to be made of them as often as **we** reasonably request.

6. **Damaged Property** -- **You** must exhibit the damaged and undamaged property as often as **we** reasonably request and allow **us** to inspect or take samples of the property.

7. **Cooperation** -- **You** must cooperate in performing all acts required by the Commercial Property Coverage.

8. **Intent to Continue Business** -- If **you** intend to continue **your** business, **you** must resume all or part of **your** business as soon as possible.

## VALUATION

In determining a loss, **we** consider the experience of **your** **business** before the loss and the probable experience had no loss occurred.

The salvage value of any property bought for temporary use shall be deducted from the amount of loss determined for extra expense.

**We** do not pay for any increase in loss due to **your** failure to use reasonable efforts to resume all or part of **your** **business**. This includes making use of other locations and property to reduce the loss.

If **your** **business** is not resumed as soon as possible, or if it is not resumed at all, the value of loss payment is based on the period of time it would have otherwise taken to resume **your** **business** as soon as possible.

## HOW MUCH WE PAY

**We** pay no more than **our** limit for any loss. Payment for earnings and extra expense combined does not exceed the limit.

1. **Period of Indemnity** -- The following applies when a coinsurance percentage or a monthly limitation is not shown on the declarations.

   **We** do not cover more than the loss of earnings and necessary extra expenses sustained within 120 days right after the loss to property, or the limit, whichever is less.

2. **Coinsurance** -- The following applies when a coinsurance percentage is shown on the **declarations**. Coinsurance does not apply to coverage for extra expense.

   **We** only pay a part of the loss if the limit is less than the coinsurance percentage multiplied by the sum of **your** net income (net profit or loss before income taxes), payroll expense, interest, and other continuing operating expenses projected for the 12 months following the inception, or last previous anniversary date of this policy (whichever is later), normally earned by **your** **business**. **Our** part of the loss is determined using the following steps:

   a. Multiply the coinsurance percentage by the sum of **your** net income (net profit or loss before income taxes), payroll expense, interest, and other continuing operating expenses projected for the 12 months following the inception, or last previous anniversary date of this policy;

   b. Divide the limit by the figure determined in 2.a. above;

   c. Multiply the total amount of loss by the figure determined in 2.b. above.
   **We** pay the amount determined in 2.c. above; or the limit, whichever is less. **We** do not pay any remaining part of the loss.

If there is more than one **limit** shown on the **declarations** for this Coverage Part, this procedure applies separately to each **limit**.

**Example -- Underinsurance**

| | |
|---|---|
| Net Income | $100,000 |
| Coinsurance | 50% |
| **Limit** | $ 30,000 |
| Loss | $ 20,000 |

Step a.:  $100,000 x 50% = $50,000 (minimum **limit** needed to meet coinsurance requirement)

Step b.:  $30,000 ) $50,000 = .60

Step c.:  $20,000 x .60 = $12,000

**We** pay no more than $12,000. **We** do not pay the remaining $8,000.

**Example -- Sufficient Insurance**

| | |
|---|---|
| Net Income | $100,000 |
| Coinsurance | 50% |
| **Limit** | $ 50,000 |
| Loss | $ 20,000 |

Step a.:  $100,000 x 50% = $50,000 (minimum **limit** needed to meet coinsurance requirement)

Step b.:  $50,000 ) $50,000 = 1.00

Step c.:  $20,000 x 1.00 = $20,000

**We** pay no more than $20,000. No penalty applies.

3. **Monthly Limitation --** The following applies when a monthly limitation is shown on the **declarations**.

**We** do not cover more than the monthly limitation shown on the **declarations** multiplied by the **limit** during any 30 consecutive days.

**Example**

| | |
|---|---|
| **Limit** | $100,000 |
| Monthly limitation | 1/4 |

**We** pay no more than $25,000 ($100,000 ᴴ 1/4) during any 30 consecutive days.

If the actual amount of loss is:

| | |
|---|---|
| Days  1 - 30 | $30,000 |
| Days 31 - 60 | $25,000 |
| Days 61 - 90 | <u>$10,000</u> |
| Total | $65,000 |

**We** pay:

| | |
|---|---|
| Days  1 - 30 | $25,000 |
| Days 31 - 60 | $25,000 |
| Days 61 - 90 | <u>$10,000</u> |
| Total | $60,000 |

**We** do not pay the remaining $5,000.

4. **Insurance Under More Than One Coverage --** If more than one coverage of this policy insures the same loss, **we** pay no more than the actual claim or loss sustained.

5. **Insurance Under More Than One Policy -- You** may have another policy subject to the same plan, **terms**, conditions, and provisions as this policy. If **you** do, **we** pay **our** share of the covered loss. **Our** share is the proportion that the applicable **limit** under this policy bears to the **limit** of all policies covering on the same basis.

If there is another policy covering the same loss, other than that described above, **we** pay only for the amount of covered loss in excess of the amount due from that other policy, whether **you** can collect on it or not. But **we** do not pay more than the applicable **limit**.

## LOSS PAYMENT

A covered loss is payable 30 days after a satisfactory proof of loss is received, and the amount of the loss has been established either by written agreement with **you** or the filing of an appraisal award with **us**.

## OTHER CONDITIONS

In addition to the policy **terms** which are contained in other sections of the Commercial Property Coverage, the following condition applies:

**Appraisal --** If **you** and **we** do not agree on the amount of net income (net profit or loss before income taxes), payroll expense, interest, and operating expenses or the amount of loss, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each selects a competent, independent appraiser and notifies the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, **you** or **we** can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers then determine and state separately the amount of each loss.

A written agreement is binding on all parties. If the appraisers fail to agree within a reasonable time, they submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three is binding on all parties.

Each appraiser is paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire is paid equally by **you** and **us**.

If there is an appraisal, **we** retain **our** right to deny the claim.



# THIS ENDORSEMENT CHANGES THE POLICY

## PLEASE READ IT CAREFULLY

## PROPERTY ENHANCEMENT ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE PART
SPECIAL PERILS PART

The following is a summary of increased limits of insurance and additional coverages provided by this endorsement. This endorsement is subject to the provisions of your policy which means that it is subject to all limitations and conditions applicable to this Coverage Part or Coverage Form unless specifically deleted, replaces, or modified herein. This endorsement is applicable only to those premises described in the Declarations. Coverage for loss of Business Income or Extra Expense, whether provided by this endorsement or elsewhere, does not apply if a loss is covered only as a result of this endorsement.

| COVERAGE DESCRIPTION | LIMIT OF INSURANCE |
|---|---|
| Debris Removal | $10,000 |
| Fire Department Service Charge | $5,000 |
| Fire Protective Devices | $10,000 |
| Electronic Data | $5,000 |
| Lock Replacement | $1,000 |
| Antennas, Awnings, Canopies, Fences and Signs | $10,000 |
| Property off Premises | $20,000 |
| Loss of Refrigeration | $10,000 |
| Ordinance or Law | $10,000 |
| Newly Acquired Buildings/Days & Limit Maximum | 180 Days /$250,000 |
| Personal Effects | $5,000 |
| Personal Property of Others | $10,000 |
| Property in Transit | $20,000 |
| Money & Securities | |
|    Inside the Premises | $5,000 |
|    Outside the Premises | $5,000 |
| Employee Dishonesty | $5,000 |
| Water Backup Sewers & Drains | $10,000 |
| Computer Equipment/Laptop/Portable Computers | $5,000 |

SPR PE 06 12

Page 1 of 7

The following changes apply to BUILDING AND PERSONAL PROPERTY COVERAGE PART:

## ADDITIONAL COVERAGES:

### Debris Removal

**Item 1. Debris Removal** is deleted and replaced by the following:

**Debris Removal** -- We cover the cost to remove the debris of covered property that is caused by a covered peril. This coverage does not include costs to:

    a.  extract **pollutants** from land or water; or

    b.  remove, restore, or replace polluted land or water.

    We do not pay any more under this coverage than 25 percent of the amount **we** pay for the direct physical loss. We do not pay more for loss to property and debris removal combined than the **limit** for the damaged property.

    However, **we** pay an additional amount of debris removal expense up to $10,000 when the debris removal expense exceeds 25 percent of the amount **we** pay for direct physical loss or when the loss to property and debris removal combined exceeds the **limit** for the damaged property.

    We do not pay any expenses unless they are reported to **us** in writing within 180 days from the date of direct physical loss to covered property.

### Fire Department Service Charge

    **Item 3. Fire Department Service Charge** is deleted and replaced by the following:

    **Fire Department Service Charge** -- We pay up to $5,000 to cover **your** liability, assumed by contract or agreement prior to the loss, for fire department service charges.

    This coverage is limited to charges incurred when the fire department is called to save or protect covered property from a covered peril.

    No deductible applies.

    This is an additional limit.

### Fire Protective Devices

    **The following is added to Additional Coverages.**

      **5. Fire Protective Devices**

      You may extend the insurance provided by this Coverage Part to apply to recharging or refilling of your fire protective devices that are permanently installed in buildings at the described premises when such devices have been discharged after being used in fighting a fire. This Additional Coverage does not apply to periodic recharge or refilling.

      The most we will pay under this Supplement Coverage is $10,000 for each separate 12-month period of this policy.

    **The following is added to Additional Coverages.**

### Electronic Data

6. The most we will pay under this Additional Coverage – Electronic Data is $5,000 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of subsequent loss of damage sustained in, but not after that policy year. With respect to an occurrence which begins in one year and continues or results in additional loss or damage in a subsequent policy year (s), all loss and damage deemed to be sustained in the policy year which the occurrence began.

## Lock Replacement

**The following is added to Additional Coverages.**

7. You may extend the insurance provided by the Lock Replacement coverage extension of $1,000 for one occurrence when lock replacement is required as a result of a covered claim occurring on this policy. This is a one time limit during an annual policy period.

## SUPPLEMENTAL COVERAGES

### Antennas, Awnings, Canopies, Fences and Signs

**Item 1.a. Antennas, Awnings, Canopies, Fences and Signs** is deleted and replaced by the following:

**Antennas, Awnings, Canopies, Fences, and Signs --** We pay up to $10,000 for your outdoor:

1) radio, television, satellite, dish-type, or other antennas including their masts, towers, and lead-in wiring;

2) awnings or canopies of fabric or slat construction or their supports;

3) fences; or

4) signs.

We only cover direct physical loss caused by aircraft, civil commotion, explosion, fire, lightning, or riot,

Including debris removal expense.

### Property Off Premises

**Item 1. b. Property off Premises** is deleted and replaced by the following:

**Property Off Premises --** We pay up to $20,000 for covered property while temporarily at a location that you do not own, control, rent, or lease.

This coverage does not include property:

1) in or on a vehicle;

2) in the care, custody, or control of **your** salesperson; or

3) at any fair or exhibition.

### Loss of Refrigeration

**The following is added to Paragraph 1. Supplemental Coverages:**

**e. Loss of Refrigeration**

You may extend the insurance provided by this Coverage Part to apply to direct physical loss of or damage to property owned by you and used in your business contained in any refrigeration or cooling apparatus or equipment resulting from:

1) The fluctuation or total interruption of electrical power, either on or off the described premises due to conditions beyond your control; or

2) Mechanical failure of any refrigeration or cooling apparatus or equipment located on the insured premises.

The most we will pay for loss or damage under this Supplement Coverage is $10,000

## Increased Costs-Ordinance or Law

**Item 2. a. Increased Costs -- Ordinance or Law** is deleted and replaced by the following:

**Increased Costs -- Ordinance or Law -- We** pay the lesser of 10% of the limit of insurance for the Building Coverage; or $10,000 for each described premises to cover the increased costs of a covered loss, including debris removal expense, resulting from the enforcement of any ordinance, law, or decree that regulates or requires:

1) the construction, use, or repair of any property; or

2) the demolition of any property, in part or in whole, not damaged by a covered peril.

The ordinance, law, or decree must be in force at the time of loss. This coverage only applies if the restored or remodeled property is intended for similar use and occupancy as the current property, unless such use or occupancy is prohibited by zoning or land use ordinance or law. We will not pay for the increased costs of a covered loss if the building is not repaired, reconstructed or remodeled.

Under Perils Excluded, Ordinance or Law does not apply to this Supplemental Coverage.

## Newly Acquired Buildings

**Item 2. b. Newly Acquired Buildings** is deleted and replaced by the following:

**Newly Acquired Buildings -- We** cover your buildings or structures being built or that **you** acquire during the policy period. This coverage applies for 180 days after construction is started or for 180 days from the date **you** acquire the building or structure; or until **you** report the newly acquired property to **us**; whichever occurs first. This coverage does not extend beyond the end of the policy period.

**You** must pay any additional premium due from the date construction is started or the date **you** acquire the property.

**We** pay up to 25 percent of the **limit** shown on the **declarations** for Building Property but not exceeding $250,000 for each building or structure.

## Personal Effects

**Item 3. c. Personal Effects** is deleted and replaced by the following:

**We** pay up to $5,000, at each described premises, for personal effects owned by **you, your** officers, **your** partners, or **your** employees. This coverage is limited to $1,000 on property owned by any one person.

## Personal Property of Others

**Item 3. e. Personal Property of Others** is deleted and replaced by the following:

SPR PE 06 12                                                                                                    Page **4** of **7**

**Personal Property of Others** -- We pay up to $10,000, at each described premises, for personal property of others in **your** care, custody, or control. This coverage is only for the benefit of the owners of the personal property.

## Property in Transit

Item 3. f. Property in Transit is deleted and replaced by the following:

**Property in Transit** -- We pay up to $20,000 for covered business personal property (other than property in the care, custody, or control of **your** salesperson) in transit more than 100 feet from the described premises in vehicles **you** own, lease, or operate.

We only cover direct physical loss caused by civil commotion; collision with another vehicle or object, other than the road bed; explosion, fire; hail; lightning; overturn or upset of the vehicle; riot; vandalism; or windstorm.

This coverage also includes loss of an entire package, case, or bale from within a locked part of **your** vehicle caused by theft. Theft must be proven by visible marks of forced entry.

## Money and Securities

The following is added to Paragraph 3. **Supplemental Coverages:**

### h. Money and Securities

You may extend the insurance that applies to Business Personal Property to apply to loss of money and securities used in your business while at a bank or savings institution, within your living quarters, or the living quarters of your partners or any employee having use and custody of the property at the described premises, or in transit between any of these places, resulting directly from theft, disappearance or destruction.

In addition to the limitations and exclusions applicable to the property coverage part, we will not pay for loss caused by:

1) Resulting from accounting or arithmetical errors or omissions;
2) Due to the giving or surrendering of property in any exchange or purchase; or
3) Of property contained in any money-operated device unless the amount of money deposited in it is recorded by a continuous recording instrument in the device.

The most we will pay for loss in any one occurrence is:

1) $5,000 for Inside the premises for money and securities while
   a. In or on the described premises; or
   b. Within a bank or saving institution; and
2) $5,000 for Outside the premises for money and securities while anywhere else.

All loss caused by one or more persons; or involving a single act or series of related acts is considered one occurrence.

You must keep records of all money and securities so we can verify the amount of any loss or damage.

## Employee Dishonesty

The following is added to Paragraph 3. **Supplemental Coverages:**

### i. Employee Dishonesty

We will pay up to $5,000 for coverage against specified loss that occurs from the dishonest acts or embezzlement by your employees.

This Supplemental Coverage includes:

1)  Protection for loss of money, securities, and property other than money and securities resulting directly from "employee dishonesty".
2)  Coverage for al employees, subject to policy definitions.

The limit of liability is per loss and is applied on an occurrence basis.  All acts involving the same employee or group of employees is considered one occurrence.

"Occurrence" means all loss up to the limit of protection caused by each employee, whether the result of a single act or series of acts.

"Employee Dishonesty" means only dishonest acts committed by an employee, where identified or not, acting alone or in collusion with other persons with intent to cause you to sustain a loss; and also obtain financial benefit for the employee or any other person or organization to receive that benefit.

## Water Back Up of Sewers and Drains

The following coverage is added to **Supplemental Coverages**:

### 4. Water Back Up of Sewers or Drains

We cover direct physical damage caused by water:

1)  Which backs up through sewers or drains; or
2)  Which enters into and overflows from within a sump pump, sump pump well or other type of system designed to remove subsurface water which is drained from the foundation area.

This coverage does not apply if the loss is caused in whole or part by your negligence.

The most we will pay for loss or damage under this Supplemental Coverage is $10,000.

## Computer Equipment including Laptops Portable Computers

The following coverage is added to **Supplemental Coverages**

### 5. "Computer Equipment" including "Laptops/ Portable Computers"

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage to "computer equipment" owned by you or similar property of others in your care, custody or control for which you are legally liable, caused by a covered peril within the Special Perils coverage part.

We will not cover the following kinds of property under this extension:

A) Property which you rent or lease to others

B) Software of other electronic data

C) Accounts, bills, evidence of debt, valuable papers, records, abstracts, deeds, manuscripts, program documentation or other documents.

D) "Computer equipment" held for sale by you

E) "Computer Equipment" of others on which you are performing repairs or work

F) "Computer Equipment" that is part of any 1)production or processing equipment such as CAD, CAM, or CNC machines, 2)Equipment used to maintain or service your building (such as heating, ventilating, cooling or alarm systems) or 3)Communication systems such as telephone systems.

SPR PE 06 12

Page 6 of 7

G) Property that is covered under another coverage form of this or any other policy in which such property is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance

We will pay for your "computer equipment" or "laptop/portable computer" while in transit.

Loss Payment will be determined as follows:

"Computer equipment" or "laptop/portable computers"

We will pay the least of the following amounts:

   1) The cost of reasonably restoring that property to its condition immediately before the loss or damage; or

   2) The cost of replacing the property with identical property or comparable material and quality and used for the same purpose.

   However when repair or replacement with identical property is not possible, we will pay the cost to replace that property with similar property capable of performing the same functions.  If not repaid or replaced, the property will be valued at its actual cash value.

   "Computer Equipment" means a network of electronic machine components capable of accepting information, processing it according to instructions and producing the results in a desired form. "Laptops/Portable Computers" means "Computer Equipment" and accessories that are designed to function with it that can easily be carried and is designed to be used at more than one location.

   The most we will pay for loss or damage to "Computer Equipment" under this extension is $5,000.